UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW JERSEY and STATE OF NEW YORK,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | No. 26-cv-939 |

**[Proposed] ORDER TO SHOW CAUSE ON REQUEST FOR TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(b)**

Upon the annexed affirmation of Stephen C. Thompson, dated February 3, 2026, in support of Plaintiffs' motion for immediate injunctive relief pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and accompanying exhibits, Plaintiffs' memorandum of law in support of Plaintiffs' motion, and Plaintiffs' complaint, it is:

ORDERED that, good cause having been shown for the issuance of a temporary restraining order under Rule 65(b) of the Federal Rules of Civil Procedure, the above-named Defendants are restrained from implementing the September 30, 2025, suspension of federal disbursements for the Hudson Tunnel Project;

ORDERED that Plaintiffs are not required to post security;

ORDERED that service of a copy of this order by electronic mail on counsel for Defendants shall be deemed good and sufficient service thereof; and it is further

2

ORDERED, that the above-named Defendants appear before _____, United States District Judge, Room \_\_\_, United States Courthouse, 500 Pearl Street, New York, NY 10007, on _____, at _____ thereof, or as soon thereafter as counsel may be heard, for a scheduling conference on Plaintiffs' motion for a preliminary injunction and stay pursuant to 5 U.S.C. § 705.

By the Court:

_____  _____

Dated  United States District Judge