UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW JERSEY and STATE OF NEW YORK,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants. | No. 26-cv-939 |

**AFFIRMATION OF STEPHEN C. THOMPSON**

Stephen C. Thompson, an attorney duly admitted to practice before this Court, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Special Counsel in the Office of the New York State Attorney General, Letitia James, who appears on behalf of the State of New York in this action.

2. I submit this affirmation in support of Plaintiffs' Motion for Temporary Restraining Order, Preliminary Injunction, and Stay pursuant to Rule 65 of the Federal Rules of Civil Procedure and 5 U.S.C. § 705. The facts set forth herein are based upon my personal knowledge and/or a review of the files in my possession.

3. Attached as Exhibit 1 to this affirmation is a true and correct declaration from James Sincaglia, Senior Vice President and General Manager of Rail at New Jersey Transit Authority executed on February 3, 2026.

1

4. Attached as Exhibit 2 to this affirmation is a true and correct declaration from David Ullman, Deputy Secretary for Transportation at the New York State Executive Chamber executed on February 3, 2026.

5. Attached as Exhibit 3 to this affirmation is a true and correct copy of the May 28, 2021, Federal Railroad Administration and Federal Transit Administration's Combined Final Environmental Impact Statement and Record of Decision Chapter 1.

6. Attached as Exhibit 4 to this affirmation is a true and correct copy of a New York Times article authored by Patrick McGeehan on Feb. 7, 2011, titled *With One Plan for a Hudson Tunnel Dead, Senators Offer Another Option*.

7. Attached as Exhibit 5 to this affirmation is a true and correct copy of the United States Department of Transportation website article titled *Hudson River Tunnel Project between New York and New Jersey*.

8. Attached as Exhibit 6 to this affirmation is a true and correct copy of a news release issued by the Regional Plan Association on October 16, 2025, titled *Statement of the Importance of the Gateway Program*.

9. Attached as Exhibit 7 to this affirmation is a true and correct copy of a press release issued by the Federal Transit Administration on January 20, 2022, titled *Federal Transit Administration Updates Project Ratings for Six Projects in the Capital Investment Grants Program*.

10. Attached as Exhibit 8 to this affirmation is a true and correct copy of the February 3, 2023, Project Development Agreement for Hudson Tunnel Project among Gateway Development Commission, the State of New Jersey, the State of New York, and National Railroad Passenger Corporation.

11.     Attached as Exhibit 9 to this affirmation is a true and correct copy of an excerpt of the 2022 RAISE Award Fact Sheets for Tonnelle Avenue Bridge and Utility Relocation Project.

12.     Attached as Exhibit 10 to this affirmation is a true and correct excerpt of the National Infrastructure Project Assistance (Mega) Program FY2022 Fact Sheets for the Hudson Yards Concrete Casing – Section 3 (HYCC-3) Project.

13.     Attached as Exhibit 11 to this affirmation is a true and correct copy of the September 30, 2025, letter from Marcus J. Molinaro at the United States Department of Transportation Federal Transit Administration to Thomas F. Prendergast at Gateway Development Commission.

14.     Attached as Exhibit 12 to this affirmation is a true and correct copy of an article from CNBC written by Dan Mangan dated October 1, 2025, titled *Trump administration freezes $18 billion in New York City infrastructure projects, Vought says*.

15.     Attached as Exhibit 13 to this affirmation is a true and correct copy of a press release issued by the United States Department of Transportation on October 1, 2025, titled *Statement on Review of New York's Discriminatory, Unconstitutional Contracting Processes*.

16.     Attached as Exhibit 14 to this affirmation is a true and correct copy of a Fox Business article written by Greg Norman dated October 17, 2025, titled *Trump tells Maria Bartiromo Democrats made one mistake with government shutdown*.

17.     Attached as Exhibit 15 to this affirmation is a true and correct copy of a NJ Biz article written by Matthew Fazelpoor dated October 27, 2025, titled *Gateway Project faces new uncertainty amid government shutdown*.

18. Attached as Exhibit 16 to this affirmation is a true and correct copy of an October 2, 2025, letter from Thomas F. Prendergast at Gateway Development Commission to Marcus J. Molinaro at the United States Department of Transportation Federal Transit Administration.

19. Attached as Exhibit 17 to this affirmation is a true and correct copy of an October 7, 2025, letter from Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration to Thomas F. Prendergast at Gateway Development Commission.

20. Attached as Exhibit 18 to this affirmation is a true and correct copy of an October 21, 2025, letter from Catherine Rinaldi at Gateway Development Commission to Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration.

21. Attached as Exhibit 19 to this affirmation is a true and correct copy of a December 1, 2025, letter from Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration to Thomas F. Prendergast at Gateway Development Commission.

22. Attached as Exhibit 20 to this affirmation is a true and correct copy of a December 8, 2025, letter from Thomas F. Prendergast at Gateway Development Commission to Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration.

23. Attached as Exhibit 21 to this affirmation is a true and correct copy of a January 8, 2026 letter from Thomas F. Prendergast at Gateway Development Commission to Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration.

24. Attached as Exhibit 22 to this affirmation is a true and correct copy of New Jersey Transit's 2024 Annual Report.

25. Attached as Exhibit 23 to this affirmation is a true and correct copy of a CBS News article written by Alex Herrera & Marcia Kramer dated January 27, 2026, titled *Gateway Tunnel Project construction will stop if President Trump continues to withhold funds, officials say*.

26. Attached as Exhibit 24 to this affirmation is a true and correct copy of an April 2025 Regional Planning Association report titled The Economic Promise of the Gateway Program.

27. A table of the exhibits is included as an appendix to this affirmation for the Court's convenience.

28. Today, at 6:56 PM, I provided notice to counsel for the Defendants, Jeffrey Oestericher, by e-mail of Plaintiffs' intention to move for a temporary restraining order.


Dated: February 3, 2026
    New York, NY




                                            _____
                                            Stephen C. Thompson
                                            Special Counsel

**APPENDIX**

| Exhibit | Document Title |
|---|---|
| 1 | Declaration of James Sincaglia, Senior Vice President and General Manager of Rail at New Jersey Transit Authority executed on DATE. |
| 2 | Declaration of David Ullman, Deputy Secretary for Transportation at the New York State Executive Chamber executed on DATE. |
| 3 | May 28, 2021 Federal Railroad Administration and Federal Transit Administration's Combined Final Environmental Impact Statement and Record of Decision Chapter 1 |
| 4 | Patrick McGeehan, *With One Plan for a Hudson Tunnel Dead, Senators Offer Another Option*, New York Times (Feb. 7, 2011). |
| 5 | *Hudson River Tunnel Project between New York and New Jersey*, United States Dep't of Transp. Build America Bureau https://www.transportation.gov/buildamerica/projects/hudson-river-tunnel-project-between-new-york-and-new-jersey (last visited Feb. 2, 2026) |
| 6 | Tom Wright, *Statement on the Importance of the Gateway Program*, Reg'l Plan Ass'n (Oct. 16, 2025) https://rpa.org/news/news-release/statement-on-the-importance-of-the-gateway-program |
| 7 | *Federal Transit Administration Updates Project Ratings for Six Projects in the Capital Investment Grants Program*, Fed. Transit Admin. (Jan. 20, 2022), https://www.transit.dot.gov/about/news/federal-transit-administration-updates-project-ratings-six-projects-capital-investment. |
| 8 | Feb. 3, 2023 Project Development Agreement among Gateway Development Commission, State of New Jersey, State of New York, and National Railroad Passenger Corporation. |
| 9 | Excerpt of the 2022 RAISE Award Fact Sheets for Tonnelle Avenue Bridge and Utility Relocation Project |
| 10 | Excerpt of the National Infrastructure Project Assistance (Mega) Program FY2022 Fact Sheets for the Hudson Yards Concrete Casing – Section 3 (HYCC-3) Project. |
| 11 | September 30, 2025 letter from Marcus J. Molinaro at the United States Department of Transportation Federal Transit Administration to Thomas F. Prendergast at Gateway Development Commission |
| 12 | Dan Mangan, *Trump administration freezes $18 billion in New York City infrastructure projects, Vought says*, CNBC (Oct. 1, 2025), |

| Exhibit | Document Title |
|---|---|
|  | https://www.cnbc.com/2025/10/01/trump-new-york-funding-infrastructure-vought.html. |
| 13 | *U.S. Department of Transportation Statement on Review of New York's Discriminatory, Unconstitutional Contracting Processes*, United States Dep't Of Transp. (Oct. 1, 2025), https://www.transportation.gov/briefing-room/us-department-transportation-statement-review-new-yorks-discriminatory |
| 14 | Greg Norman, *Trump tells Maria Bartiromo Democrats 'made one mistake' with government shutdown*, Fox Business (Oct. 17, 2025), https://www.foxbusiness.com/politics/trump-tells-maria-bartiromo-democrats-made-one-mistake-government-shutdown. |
| 15 | Matthew Fazelpoor, *Gateway Project faces new uncertainty amid government shutdown*, NJBiz.com (Oct. 27, 2025), https://njbiz.com/gateway-tunnel-funding-government-shutdown. |
| 16 | October 2, 2025 letter from Thomas F. Prendergast at Gateway Development Commission to Marcus J. Molinaro at the United States Department of Transportation Federal Transit Administration |
| 17 | October 7, 2025 letter from Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration to Thomas F. Prendergast at Gateway Development Commission |
| 18 | October 21, 2025 letter from Catherine Rinaldi at Gateway Development Commission to Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration |
| 19 | December 1, 2025 letter from Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration to Thomas F. Prendergast at Gateway Development Commission |
| 20 | December 8, 2025 letter from Thomas F. Prendergast at Gateway Development Commission to Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration |
| 21 | January 8, 2026 letter from Thomas F. Prendergast at Gateway Development Commission to Angela Williams at the Departmental Office of Civil Rights at the United States Department of Transportation Federal Transit Administration |

| Exhibit | Document Title |
|---|---|
| 22 | New Jersey Transit's 2024 Annual Report |
| 23 | Alex Herrera & Marcia Kramer, *Gateway Tunnel Project construction will stop if President Trump continues to withhold funds, officials say*, CBS News (Jan. 27, 2026), https://www.cbsnews.com/newyork/news/gateway-tunnel-project-ny-nj-construction-stopped. |
| 24 | April 2025 Regional Planning Association report titled The Economic Promise of the Gateway Program |