# EXHIBIT 1

## <u>DECLARATION OF JAMES SINCAGLIA</u>

I, James Sincaglia, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the Senior Vice President and General Manager of Rail at New Jersey Transit ("NJ Transit"). I am authorized to act on behalf of NJ Transit President and CEO Kris Kolluri. I have held the position of Senior Vice President and General Manager of Rail since 2020. I have been an employee of NJ Transit in various roles within the Rail Department since 1996. Over the course of my career I have worked with departments within NJ Transit that oversee the administration of hundreds of grants that New Jersey has received from a variety of federal agencies, including the United States Department of Transportation ("USDOT"). I am over the age of 18 and the information in the statements set forth below were compiled through personal knowledge, through NJ Transit personnel who have assisted in gathering this information, and on the basis of documents and other information that have been provided to NJ Transit personnel, including from other partners in the Gateway Project. If called as a witness, I could and would testify competently to the matters set forth below.

2.      NJ Transit is New Jersey's public transportation corporation and is tasked with providing light rail, rail, and bus services for New Jersey. NJ Transit is funded and supervised by the State, and is considered an "instrumentality of the State exercising public and essential government functions." N.J. Stat. Ann. § 27:25-4. In 2024, NJ Transit had a total ridership of 219 million across bus, rail, and light rail travel, including around 30 million riders on the Newark and Hoboken rail lines. NJ Transit is the largest statewide public transportation system in the United States with more than 11,000 employees.

1

3.      The President and CEO oversees the operation of 263 bus routes, three light rail lines, twelve commuter rail lines, and our paratransit service, which together provide nearly one million weekday trips. The President and CEO also oversees the planning and execution of all capital projects across NJ Transit's modalities, from individual bus and rail car acquisitions to multi-billion-dollar bridge constructions. The President and CEO supervises all NJ Transit teams who have direct control over administration of funds from the United States federal government, as well as the teams who administer subgrants of federal funds from NJ Transit to localities.

4.      I understand that Defendants have made a decision to suspend federal funding for the Hudson Tunnel Project. I submit this Declaration in support of New York and New Jersey's Motion for a Temporary Restraining Order, Preliminary Injunction, and Stay.

### NJ Transit

5.      NJ Transit aims to provide a public transportation network that moves people across New Jersey safely, affordably, and reliably. NJ Transit is the nation's third largest provider of bus, rail, and light rail transit, covering 5,325 square miles and connecting all corners of the state, as well as New York and Pennsylvania. NJ Transit's active fleet includes 2,823 buses, 1,231 trains and 72 light rail vehicles, providing nearly 226 million passenger trips annually across 263 bus routes, twelve commuter rail lines, and three light rails.

6.      NJ Transit is the state instrumentality that provides New Jersey's share of the funding for the Hudson Tunnel Project (the "Project") and New Jersey's share of the operating costs for the Gateway Development Commission ("GDC"), the bi-state commission that runs the Hudson Tunnel Project. NJ Transit has also acquired land and procured easements for the Project. NJ Transit employees have devoted significant staff time to addressing and planning for the impact of the Project, which will ensure resiliency, reliability, and redundancy to the regional and national

rail network between New Jersey and New York and update an existing 116-year old tunnel. As New Jersey's public transit corporation, NJ Transit has a vested interest in the successful completion of the Hudson Tunnel Project.

### The Hudson Tunnel Project

7.      In 2019, New Jersey and New York created GDC as a bi-state commission to design, execute, and obtain full funding for the Gateway Program, a series of projects designed to strengthen Hudson River rail service and operations.

8.      The Hudson Tunnel Project—the cornerstone of the Gateway Program and the subject of this litigation—is the largest federal investment into any rail transportation project in modern history. The $16.04 billion Project is intended to double rail capacity between New Jersey and New York City when combined with other Gateway Program projects and add resiliency by (1) creating a new Hudson River rail tunnel and (2) rehabilitating the existing North River Tunnel. More specifically, the Project involves construction of a new Northeast Corridor rail tunnel with two new tracks under the Hudson River connecting to Penn Station New York, as well as the full rehabilitation of the existing 116-year-old North River Tunnel. The Gateway Program's purpose is to increase the number of peak-hour trains from the current 24 trains per hour to 48 trains per hour—improving overall capacity, reliability and resiliency of rail service between New Jersey and New York.

9.      By early 2023, New Jersey, New York, Amtrak, and GDC had entered into a Project Development Agreement for the Hudson Tunnel Project. The Project Development Agreement tasked GDC with the development, design, and construction of the Hudson Tunnel Project. The States and Amtrak committed to contributing one-third of the funding needed to support GDC's operating budget, along with additional funding and services to support delivery of the Hudson

Tunnel Project and other related projects. On the New Jersey side of the tunnel, the State committed to acquiring the land needed for the new tunnel and completing environmental remediation activities as needed.

10.    In 2024, the federal government agreed to provide full funding for the Hudson Tunnel Project to GDC via three grant agreements and a set of loan agreements, detailed below at paragraphs 15 and 16.

11.    In 2023, GDC broke ground on the Hudson Tunnel Project with the P4 Tonnelle Avenue Bridge and Utility Relocation Project. As of January 2026, GDC estimates that there are approximately 1,000 individual workers actively working on the Hudson Tunnel Project, hired via more than 150 contractors. The Project is expected to generate 95,000 jobs over its lifetime.

12.    The Project is an integrated program of ten distinct but highly interdependent construction projects, four of which are currently in construction and one of which is substantially complete. The status of each project is described below:

- P3 New Jersey Surface Alignment (in procurement)

- P4 Tonnelle Avenue Bridge and Utility Relocation (in construction and substantially complete)

- P1A Palisades Tunnel (in construction)

- EA-1 Hudson River Ground Stabilization (in construction and 50% complete)

- P1B Manhattan Tunnel (in construction)

- P0 Hudson Yards Concrete Casing – Section 3 (in construction and 75% complete)

- P1C Hudson River Tunnel (in procurement)

- P2A A-Yard and 10th Avenue Tunnel (in design)

- P2B Tunnel Systems and Fit Out (in design)

- P5 North River Tunnel Rehabilitation (to be designed)

13.    The timing and sequencing of these projects is intentional and tightly coordinated to meet key corridor access windows, optimize tunnel productivity, align with permitting and environmental constraints, stage utility relocations, and ensure continuous constructability across state lines.  The current Project schedule is designed to be completed by 2038, with the new tunnel available for service by 2035.

14.    The continued freeze of federal funding for the Hudson Tunnel Project will cause work on the Project to be suspended and delayed.

**Overview of Project Funding**

15.    Between July and September 2024, pursuant to various statutory authorities, USDOT component agencies entered into a series of agreements with GDC to provide approximately $15 billion in funding for the Project:

- On June 4, 2024, the Federal Transit Administration awarded GDC NY-2024-014-00 grant pursuant to USDOT's authority under Infrastructure Investment and Jobs Act, Pub. L. No. 117-58 (Nov. 15, 2021), which authorized funding for transit programs (the "FTA RAISE Grant"). Under the FTA RAISE Grant, USDOT agreed to provide federal financial assistance to GDC in the amount of $25,000,000 for the Tonnelle Avenue Bridge and Utility Relocation project within the Hudson Tunnel Project. Through August 31, 2025, USDOT had made payments to GDC under the FTA RAISE Grant totaling approximately $14,235,000 as reimbursement for eligible costs incurred by GDC.

- On July 8, 2024, the Federal Transit Administration awarded GDC grant NY-2024-015-00 pursuant to USDOT's authority under the Capital Investment Grant

Program ("CIG") to assist in financing new fixed guideway capital projects (the "FTA CIG Grant"). Under the FTA CIG Grant, USDOT agreed to provide federal financial assistance to GDC for the Project up to a maximum contribution of $6,880,000,000 over a ten-year period. GDC is paid the funds under the FTA CIG Grant on a reimbursement basis, meaning it incurs and pays allowable project costs, and then requests payment from USDOT to reimburse GDC for the actual expenditures. Through August 31, 2025, USDOT had made payments to GDC under the FTA CIG Grant totaling approximately $130,187,000 as reimbursement for eligible costs incurred by GDC on the Project.

- On September 17, 2024, the Federal Railroad Administration awarded GDC a grant pursuant to USDOT's authority under Sections 22101 of the Infrastructure Investment and Jobs Act, Division J, title VIII (Pub. L. 117-58 (November 15, 2021)), to provide funding for capital projects under the Federal-State Partnership for Intercity Passenger Rail Program (the "FRA-FSP Grant"). Under the FRA FSP Grant, USDOT agreed to provide financial assistance to GDC for the Project for a maximum contribution of $3,799,999,820 over a 5-year period. Through August 31, 2025, USDOT had made payments to GDC under the FRA-FSP Grant totaling approximately $182,100,000 as reimbursement for eligible costs incurred by GDC on the Project.

16.     The remainder of funding comes from loans obtained through Build America Bureau's Railroad Rehabilitation and Improvement Financing Program ("RRIF"), which provides long-term, low-interest direct loans, and loan guarantees to finance rail infrastructure projects, with eligible borrowers including railroads and state or local governmental entities. There are three

RRIF Loan Agreements associated with the Project, under which GDC as obligor receives borrowed funds to finance completion of the Project. Under separate agreements with GDC, local governmental entities have agreed to finance repayment of these loans. Through August 31, 2025, USDOT had made payments to GDC under the RRIF Loan to be repaid by Port Authority totaling approximately $43,938,000, under the RRIF Loan to be repaid by New York totaling approximately $19,255,000 and under the RRIF Loan to be repaid by New Jersey totaling approximately $4,155,000 as reimbursement for eligible costs incurred by GDC on the Project.

### Overview of New Jersey's Funding Contributions

17.    In addition to tasking GDC with securing full funding for the Hudson Tunnel Project, the Project Development Agreement entered into by GDC, New Jersey, New York, and Amtrak charged New Jersey and New York with certain responsibilities related to the Hudson Tunnel Project. New Jersey has invested nearly $500 million into the Project. At a high level, New Jersey's contributions include:

- **GDC's Operating Budget.** Pursuant to the Project Development Agreement, GDC's annual operating budget for the Project is funded by New Jersey, New York, and Amtrak in equal one-third shares.

- **Project's Costs.** New Jersey and New York were required to provide equal funding for Phase One of the Hudson Tunnel Project, which includes funding for (1) the Portal North Bridge Project, (2) the Hudson Yards Concrete Casing Section 3 Project ("HYCC-3 Project"), and (3) the Tonnelle Avenue Project.

- **Miscellaneous Expenses**. Under the Project's funding agreements, New Jersey has also agreed to pay various costs outside of GDC's operating costs, such as annual rating agency fees and monitoring fees.

7

- **RRIF Loans**. GDC has received a series of RRIF loans from the USDOT's Build America Bureau, for a total aggregate amount of approximately $4.06 billion to help finance the Hudson Tunnel Project. Pursuant to separate agreements with GDC, New Jersey, New York, and the Port Authority of New York and New Jersey are responsible for funding repayment of the loans.

- **Parcels of Land.** The Hudson Tunnel Project and related railroad infrastructure required access to and occupancy of certain parcels of property before work could begin on the Project. This property had to be acquired to be made available for Project use. To that end, NJ Transit acquired at least 115 parcels and easements at a cost of approximately $24 million. These are considered part of New Jersey's contribution to the Hudson Tunnel Project.

### GDC's Operating Budget

18.     Pursuant to the Project Development Agreement, New Jersey must pay for one-third of GDC's operating costs. Only a portion of these costs are subject to reimbursement from federal funds.

19.     In FY 2023, New Jersey's one-third share of GDC's operating budget was $19,391,467.67. In FY 2024, New Jersey's one-third share was again $19,391,467.67. In FY 2025, New Jersey's one-third share was $10,370,026.68. In FY 2026, New Jersey's one-third share is $25,855,904.67.

20.     GDC's operating budget is used to pay for administrative costs, which includes salaries, overhead, and professional services (like legal resources and financial advisors).

21.     On July 8, 2024, GDC acquired a $500 million private line of credit under a Revolving Credit Agreement ("RCA") with Bank of America. Prior to the federal funding freeze

in October 2025, GDC had drawn down $225 million of the credit line. Subsequent to the federal funding freeze, GDC drew down the remaining $275 million.

22.    Interest payments for the Bank of America line of credit are paid from GDC's operating budget, for which the States and Amtrak are responsible. Because GDC has had to fully draw down its line of credit, interest payments have increased.

23.    The operating budget for FY26 is $77,567,714 and reliant on monthly transfers to GDC from the States and Amtrak. GDC's fiscal year begins on January 1st. The FY26 operating budget includes approximately $21 million in salary costs and $30 million for RCA interest.

24.    GDC's operating budget increased from $56,382,080 in FY25 to $77,567,714in FY26 due in large part to the increased RCA interest payments, as well as increased legal and administrative costs related to the funding freeze discussed below.

**Project Costs**

**(1) Portal North Bridge Project**

25.    Under the Project Development Agreement, New Jersey and New York were also required to provide equal funding for Phase One of the Hudson Tunnel Project, which included funding for the Portal North Bridge Project. The Portal North Bridge Project predates the creation of the Gateway Development Commission but was subsequently incorporated into the Gateway Program. The current Portal Bridge carries both Amtrak and NJ Transit rail traffic over the Hackensack River, and its replacement, the Portal North Bridge, is intended to significantly improve operational reliability. NJ Transit is the sponsor for the FTA CIG Grant, with NJ Transit's commitment on the Portal North Bridge being applied to New Jersey's contribution to the Hudson Tunnel Project.

26.     Under the Gateway Phase One Memorandum of Understanding, New Jersey further agreed to be responsible for any additional, unplanned costs associated with the Portal North Bridge Project, including costs arising from schedule delays, construction cost overruns, or other expenses incurred in connection with the project's implementation, management, and administration.

27.     New Jersey also agreed that it would be responsible for any additional, unplanned costs, including costs incurred due to time delays and construction cost overruns, that arose during the implementation, management, and administration of the Portal North Bridge Project.

**(2) HYCC-3 Project**

28.     In 2023, GDC and Amtrak entered into an agreement for the delivery of the HYCC-3 Project, one of the sub-projects of the Hudson Tunnel Project. The HYCC-3 Project is a critical step in the Hudson Tunnel Project because it will allow the Hudson River Tunnel to fully connect to New York Penn Station from the west.

29.     New Jersey is funding a portion of the HYCC-3 Project. The agreement between GDC and New Jersey for this funding requires two cash payments totaling $69,270,000. As of January 30, 2026, New Jersey has paid the full amount of $69,270,000.

**(3) Tonnelle Avenue Project**

30.     In 2023, GDC and Amtrak entered into a separate funding agreement for the Tonnelle Avenue Project, another sub-project of the Hudson Tunnel Project. The Tonnelle Avenue Project has a market cost estimate of $47,300,000 paid by both federal and state funds. The federal portion of the project, $25,000,000 was provided through the Federal Transit Administration's RAISE Grant discussed in paragraph 15 above. The remaining state share of $22,300,000 was supposed to be split equally among New Jersey, New York, and Amtrak but due to temporary

funding limitations New Jersey paid $19,000,000, Amtrak paid $3,300,000, and New York paid $0.

31.    Because New Jersey paid more than its one-third share, New Jersey was provided credit from Amtrak and New York in the amounts of $7,433,333.33 and $4,133,333.33, respectively. Amtrak paid $4,133,333.33 by contributing additional funds to the Hudson Tunnel Project. New York is paying back its portion to ensure that New York and New Jersey's total aggregate contribution to the Project and Portal North Bridge are equal,

## Miscellaneous Expenses

32.    Pursuant to the Amended and Restated State Public Transportation Projects Funding Agreement between the Turnpike Authority and the State of New Jersey, New Jersey has also earmarked $45,000 to pay to GDC outside of its obligation to pay operating expenses or pay into any of the sub-project costs.

33.    Beginning in July 2024, these additional annual payments consist of $12,000 to enable GDC to pay certain annual rating agency fees and $33,000 to enable GDC to pay monitoring fees.

## RRIF Loans

34.    GDC is also funding the Project through a series of loans obtained through the USDOT Build America Bureau's Railroad Rehabilitation and Improvement Financing Program ("RRIF"). GDC has received three RRIF loans through this program. Pursuant to a series of separate agreements with GDC, Port Authority, New York, and New Jersey have agreed to pay back the respective RRIF loans.

35.    To date, GDC has drawn down approximately $67,348,000 from the RRIF loans. Of that amount, $4,155,405 is attributable to the RRIF loan for which New Jersey has separately agreed to fund repayment.

36.    Under the New Jersey Transit Funding Agreement No. RRIF – 2024-0052, dated July 8, 2024, New Jersey agreed to repay up to $703,052,143 to finance completion of the Hudson Tunnel Project.

37.    New Jersey agreed to accept responsibility for repaying GDC's federal loans on the understanding that they would benefit by securing sufficient funding to complete the Hudson Tunnel Project.

38.    If the Project could not continue, New Jersey would be deprived of the benefits it expected to receive by taking on the loan repayment obligations.

**Parcels of Land**

39.    As noted, the Hudson Tunnel Project required access to and occupancy of certain parcels of property before work could begin on the project. In New Jersey, NJ Transit and NJDOT were responsible for these land acquisitions.

40.    To that end, in 2022, NJ Transit signed a funding agreement with Amtrak recognizing that the Hudson Tunnel Project "requires access to and occupancy of certain parcels" of land in New Jersey. Pursuant to that agreement, NJ Transit agreed to "acquire interests" in the various parcels.

41.    As of September 2025, NJ Transit has acquired at least 115 parcels and easements at a cost of approximately $24 million.

42.     These parcels and easements are located in several regions, including wetlands, urban cores, and residential neighborhoods. The parcels are valuable to the Hudson Tunnel Project insofar as they are located in positions necessary to realize the project's goals.

43.     Without the completion of the Hudson Tunnel Project, many of these parcels are little to no economic value to the State. For example, NJ Transit has acquired "deep subsurface" parcels, which are solid rock parcels 60 feet to 200 feet below the surface, and "shallow subsurface" parcels, underground but in more porous soil. NJ Transit also acquired riparian parcels, which are underwater. These parcels were acquired for the sole purpose of carrying out the Hudson Tunnel Project; there is no other use for them. Any delay or suspension in Project-related construction activities will prevent NJ Transit from using these parcels for their intended economic purpose of supporting mass transit in the State. Furthermore, if the Project does not move forward, these parcels will have no economically significant value to NJ Transit. And because some of the parcels have been contaminated as a result of Project-related construction, those parcels will have reduced in market value.

44.     If the Hudson Tunnel Project could not be completed, some parcels could be remediated and the land could be capped, making those parcels available for redevelopment subject to appropriate zoning requirements. If remediated, some parcels—like the Hoboken Shaft parcel—could be turned into a park, while other parcels—like the Tonnelle Ave parcels—could be used for warehouses and storage. However, that would require NJ Transit to expend resources on remediating and repurposing the parcels.

## Impact of Federal Funding Freeze

45.     On September 30, 2025, USDOT began withholding $205,275,358 owed to GDC under binding grant and loan agreements. If funding does not resume by February 6, 2026, GDC

has projected that it will be forced to suspend work—triggering significant suspension costs and schedule impacts.

46.    Following the federal funding freeze, GDC has severely depleted a private line of credit from Bank of America to pay for continued construction work. The credit line is secured solely by the FTA CIG Grant. The schedule for repayment is as follows:

- The principal amount borrowed must be repaid by July 6, 2029.

- Interest payments amount to approximately $2 million/month.

47.    Because of the federal funding freeze, GDC has had to submit additional draws under the RCA in the amount of $275 million which has increased the interest costs.

48.    GDC also transferred $42 million in operating surplus that was not used during fiscal years 2023, 2024 and 2025 from the Operating Budget to the Capital Budget to sustain construction during the federal funding freeze via Board Resolution 1225-03.

49.    On January 27, 2026, GDC announced that it would have insufficient funds to support continued construction on the Project and that contractors would need to suspend work on February 6, 2026.

**Capital Costs**

50.    GDC will incur many millions of dollars in costs per month to maintain the Project's construction sites following the February 6 suspension in operations, as described in detail below ("Project Suspension"). On February 6, 2026, GDC will have a limited amount of available uncommitted funds. Once these funds are expended, GDC will have limited options to generate additional resources to continue to maintain the Project suspension.

51.     GDC has traditionally relied on federal funding as collateral to obtain any private financing. It will therefore be difficult for GDC to obtain additional financing from private lenders while the federal funding remains frozen.

52.     The availability of additional private loans to support the suspension activities described below would depend on New York and New Jersey providing collateral to secure the loans and agreeing to accept responsibility for repaying interest and, if necessary, the principal on the loans.

**Operating Costs**

53.     The federal funding freeze has already significantly increased GDC's operating budget, which is paid for by the States and Amtrak.

54.     GDC's operating budget increased from $56,382,080 in FY25 to $77,567,714 in FY26 due to: increased interest payments; increased legal and administrative costs related to the federal funding freeze; and lack of prior administrative costs being reimbursed by USDOT.

55.     As discussed, interest payments for the Bank of America loan are paid from GDC's operating budget. Given the federal government's funding freeze, GDC has budgeted $30 million a year to Bank of America for interest in the FY26 operating budget, as compared to $13 million in the FY25 operating budget.

56.     The suspension of the Project by GDC arising out of the federal government's suspension of funding also significantly increases the risk that GDC's lenders could unilaterally trigger provisions of their financing agreements that would increase GDC's interest payments. Because interest payments come directly from the operating budget, the States and Amtrak are required to fund any increased interest costs as a result of any such default.

57.     Since federal funding was suspended on September 30, GDC has continued, and will continue, to incur administrative costs (salaries, overhead, professional service contracts) that are funded out of GDC's operating budget, which, in turn, is paid for by the States and Amtrak. Although GDC may be able to seek reimbursement from USDOT for a portion (but not all) of these costs under the federal funding agreements, the States will not be able to recoup that portion of operating costs while USDOT continues to withhold Project funding.

**Project Suspension**

58.     The suspension of construction work starting on February 6, 2026, will be a major disruption to the Project. Once work is suspended, active construction sites will be secured, the labor force will be laid off, major pieces of equipment will be maintained on the Project sites, and key supervisory staff will be paid to remain in place, but no work will occur. For example:

- At the P1A Palisades Tunnel site, the following will be done during the suspension:

  - The site will remain in its current condition, but secured.

  - Site security would be maintained by GDC's security contractor (Allied).

  - GDC would incur certain costs, including to maintain select contractor-owned equipment, for contractor home office and field office overhead, trailer rentals, utilities, and related services.

  - Equipment may need to be periodically rotated to prevent damage from prolonged inactivity (e.g., bearing degradation).

  - There are also two tunnel boring machines, one of which has been delivered and the second of which will be delivered imminently. These tunnel boring machines are custom made for the work being done on the Project. GDC

will incur the costs of storing these machines or keep them on site but secure them.

- Appropriate monitoring and maintenance of tunnel boring machine containers would be conducted, including installing strip heaters as needed, or implementing long term storage measures as needed (including building or leasing storage facilities), and monitoring dew point and condensation risks to equipment and electronics.

- At the <u>EA-1 Hudson River Ground Stabilization site</u>, the following will be done during the suspension:

  - The site will remain in its current condition, but secured.

  - GDC would incur costs to maintain key equipment, overhead, trailers, utilities, and services.

  - Since the work is in the Hudson River, staffing will be maintained to ensure lighting and safety systems remain operational.

  - Buoys and flashing navigation lights will be maintained on cofferdams in the Hudson River per US Army Corps of Engineers and US Coast Guard requirements.

  - 24-hour security will continue to be provided by Allied.

59.    Many of these activities will be necessary either to ensure compliance with applicable laws and regulations, avoid public health and safety risks, protect against environmental hazards, or ensure that equipment does not fall into disrepair.

60.    For projects in the design/procurement stages, failure to award contracts by Project deadlines and suspension of design activities will cause an overall delay in the Project schedule.

61.     Some specific short-term operations will also be completed over the next few weeks. Specifically, GDC is planning to complete construction on the Tonnelle Avenue project, which will total approximately $1-2 million. GDC will also try to complete the slurry wall built for the Hudson County shaft in Weehawken and the portal for the tunnel boring machines in North Bergen, both of which are part of the P1A Palisades Tunnel Project which total approximately $5 million. If GDC waits until after the Project suspension ends to continue this work, these construction costs will increase significantly.

62.     After paying invoices for work through February 6, 2026, GDC has a limited amount of capital funds available to fund needed suspension activities.

63.     Once these capital funds are expended, GDC will have limited options to generate additional resources to continue to maintain the Project suspension activities described above. Thus, in the near future, New Jersey and New York will either have to provide direct funding to support these activities or agree to accept financial obligations to enable GDC to obtain private financing.

64.     The suspension activities described above are necessary in part to ensure that the work can more easily restart if the federal funding becomes available. That said, restarting any work after the February 6, 2026 suspension will require immense effort including remobilizing work crews and equipment, requalifying and recertifying crews, resequencing work, and adjusting schedules. GDC will have difficulty getting back talented staff, which will add to delay and costs by having to transition to new staff. Halting construction on February 6, 2026, for any period will likely add weeks, if not months, to the Project. If the Project duration is significantly increased, Project costs would also similarly increase.

65.     Any suspension of the Project—at either the design or construction stage—can result in compounding delays for GDC. If work resumes at some point in the future, GDC's ability to obtain competitive bids on the five packages that have not yet been procured can be impacted. Contractors may look at the suspension of work and instability created by the federal government's action and decline to bid on future Project related contracts, were the work to resume in the future, or bid at a substantial increase in pricing due to the risk of instability of funding. In addition, there is a serious risk some contractors or workers will either refrain from returning to the Project if funding resumes or will require renegotiated agreements that increase costs to mitigate the risk of future funding.

66.     Even if USDOT resumes honoring GDC reimbursements during or after the implementation of a suspension, the Project budget and schedule could change significantly due to the time required to reassemble the labor force and support staff and regain momentum lost during the funding freeze and project suspension.

67.     The costs of suspending work on the Project, as described above, cannot be avoided by winding down the Project instead. That would impose significantly higher costs and risks than a temporary suspension, given the need to comply with additional applicable laws and undertake additional mitigation measures to protect public safety and address environmental risks.

68.     Winding down the Project entirely would require substantial work at each active construction site, including but not limited to: removing and demobilizing equipment, restoring sites to pre-construction condition, and installing permanent security measures to secure sites that pose public safety risks. This process would take nearly a year with an estimated cost impact of tens of millions of dollars. For example:

- At the Tonnelle Avenue site, the following work would need to be done to close out the site:

  - West of Tonnelle Avenue: all equipment, materials, muck/rock piles, and trailers removed and demobilized; site cleaned and restored; tunnel boring machine components removed and either sold back to manufacturers or scrapped; site returned to NJ Transit in its pre-construction condition, in accordance with Access Agreements between GDC and NJ Transit.

  - East of Tonnelle Avenue: all equipment, materials, muck/rock piles, and trailers removed and demobilized; site cleaned and restored; tunnel boring machine components removed and either sold back to manufacturers or scrapped; tunnel portal either secured with chain-link fencing or backfilled, depending on NJ Transit requirements; slopes stabilized and backfilled to restore pre-construction conditions.

  - Hudson County Shaft: all equipment, materials, muck/rock piles, and trailers removed and demobilized; site cleaned and restored: disturbed areas with PCB impacts capped, including the shaft area, surrounding areas, and access road; certain areas fenced and secured; Dykes Lumber facilities (gates and buildings) secured.

- At the EA-1 Hudson River Ground Stabilization site, the following work would need to be done to permanently secure the site: all equipment, materials, and trailers removed and demobilized; site cleaned and restored; cofferdam elements (king piles and sheet piles) removed; river bottom (mudline) restored in accordance with

New York State Department of Environmental Conservation and U.S. Army Corps of Engineers permit requirements, including navigation channel restoration.

- At the <u>P1B Manhattan Tunnel site</u>, the following work would need to be done to permanently secure the site: all equipment, materials, and trailers removed and demobilized; site cleaned and restored; block 675 restored to pre-construction condition; Hudson River Park Trust site restored to pre-construction condition, including park and bike lane/sidewalk restoration; bulkhead repairs completed per the agreement with Hudson River Park Trust; lane shifts removed and 12th Avenue restored to its original configuration, including curb and sidewalk reconstruction; West 29th Street restored to its original configuration; Lot 12 returned to NYC; all marine structures currently constructed to be removed.

- For projects that are still in the design phase, all related design agreements would be terminated.

69.    As part of the Access Agreement that GDC entered into with NJ Transit and the PDA provisions between GDC and Amtrak for properties owned by those entities, GDC and its contractors agreed to indemnify and defend NJ Transit and Amtrak, and restore the sites at the end of the project. These Agreements between GDC and NJ Transit and Amtrak required contractors to enter into Temporary Access Permits ("TAP") with NJ Transit and Permits to Enter ("PTE") with Amtrak that cause these obligations to flow down to the contractors who provide insurance, in order to access the sites. These parties would be required to maintain the sites and carry insurance and indemnify for risk until mutually agreed termination activities are undertaken per the TAPS and PTEs, as well as under environmental law.

**NJ Transit Operations**

70.    The Hudson Tunnel Project was specifically designed to provide long-term resiliency, reliability, and redundancy to the regional and national rail network for the hundreds of thousands of NJ Transit and Amtrak customers who travel daily between New Jersey and New York. When combined with other Gateway Program projects, capacity will ultimately double into and out of Penn Station New York, increasing from 24 trains to 48 trains per hour during the weekday peak periods. The Project is not discretionary or aspirational; it is a core infrastructure investment necessary to preserve and stabilize interstate rail operations along the Northeast Corridor.

71.    The Hudson Tunnel Project is essential to NJ Transit's ability to provide safe, reliable, and continuous commuter rail service and to carry out its statutory public transit mission. The Project addresses the severe and ongoing structural and electrical degradation of the existing North River Tunnels, which were extensively damaged by saltwater inundation during Hurricane Sandy. Those tunnels—now more than 115 years old—continue to deteriorate with each year of service. Suspension of the Hudson Tunnel Project materially delays critical resiliency and rehabilitation efforts and substantially increases the likelihood of unplanned outages, emergency closures, or forced service reductions in the sole rail connection on the Northeast Corridor between New Jersey and Manhattan. Without the Hudson Tunnel Project, NJ Transit faces an imminent and escalating risk of catastrophic tunnel failure, prolonged service disruptions, and severe economic harm to commuters, employers, and the State of New Jersey.

72.    The consequences of such failures would be immediate and severe. Any unplanned closure or operational restriction of the North River Tunnels would directly impair NJ Transit's ability to transport passengers between New Jersey and New York, eliminating peak-period service

capacity and disrupting daily travel for hundreds of thousands of riders. The Hudson Tunnel Project was intended to provide the redundancy necessary to permit repairs without service collapse; in its absence, continued deterioration threatens to render the North River Tunnels partially or wholly unusable, with no viable short-term alternative to replace lost capacity.

73.     NJ Transit has already incurred substantial and unrecoverable costs in reliance on the Hudson Tunnel Project, including the expenditure of significant funds and the dedication of extensive staff time to planning, coordination, design integration, service modeling, and operational contingencies specific to the Project. Defendants' suspension of federal funding has not merely delayed future benefits; it has nullified past investments and disrupted ongoing operational planning. Much of this work cannot be repurposed or deferred without loss, and the resulting harm to NJ Transit's operational readiness and financial position is concrete, immediate, and irreparable.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 3rd day of February, 2026, in Newark, New Jersey.



_/s/ James Sincaglia_ _____
James Sincaglia
Senior Vice President and General Manager of Rail
New Jersey Transit