## DECLARATION OF DAVID ULLMAN

I, David Ullman, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am the Deputy Secretary for Transportation at the New York State Executive Chamber.

2.  I am over the age of 18 and the information in the statements set forth below were compiled through personal knowledge, through Gateway Development Commission ("GDC"), New York State Division of the Budget, and New York State Department of Transportation ("NYSDOT") personnel who have assisted in gathering this information, and on the basis of documents that have been provided to and reviewed by me. If called as a witness, I could and would testify competently to the matters set forth below.

3.  I have worked at the New York State Executive Chamber since 2023 in my current role and in a prior one as Assistant Secretary for Transportation. Prior to that, I was employed at the Metropolitan Transportation Authority as a Vice President and Associate General Counsel. Prior to that, I was an associate at the international law firm Shearman & Sterling LLP. I earned a Juris Doctor at Columbia Law School, a Master in Public Policy at the Harvard Kennedy School of Government, and a Bachelor of Arts at Amherst College.

4.  As Deputy Secretary for Transportation, I advance the Governor's transportation agenda to benefit New Yorkers through oversight of, among other things, New York State's transportation agencies and authorities, policy development, negotiation of the State budget and other legislation, operations management, advancement of capital projects, stakeholder engagement, and regulatory review.

1

5.      Since joining the Executive Chamber, I have been closely involved with the development, funding, and delivery of the Hudson Tunnel Project. I participate in negotiations with project partners on funding agreements and other project matters, review and comment on grant materials, project plans and procurement documents, and provide oversight of both GDC's operations as well as the execution of the Hudson Tunnel Project. At various times I have served as both Representative and Alternative Representative to the Senior Project Coordinating Committee, the body established by GDC and its partners pursuant to a Project Development Agreement to facilitate adequate coordination during development and delivery of the Hudson Tunnel Project. I also assisted with the development and negotiation of New York's service contract and related documents in connection with the GDC's Railroad Rehabilitation and Improvement Financing. I provide advice and recommendations with respect to the Hudson Tunnel Project to the Governor and senior staff in the New York State Executive Chamber.

6.      I understand that Defendants have made a decision to suspend federal funding for the Hudson Tunnel Project. I submit this Declaration in support of Plaintiff States' motion for injunctive relief.

## The Hudson Tunnel Project

7.      In 2019, New Jersey and New York created the Gateway Development Commission as a bi-state commission to preserve the functionality and strengthen the resiliency of long-distance and commuter rail infrastructure between New Jersey and New York.

8.      The Hudson Tunnel Project—the cornerstone of the Gateway Program and the subject of this litigation—is the largest federal investment into any rail transportation project in modern history. The approximately $16 billion Project is intended to double potential rail capacity between New Jersey and New York City and add resiliency by (1) creating a new Hudson River

rail tunnel and (2) rehabilitating the existing North River Tunnel. More specifically, the Project involves construction of a new Northeast Corridor rail tunnel with two new tracks under the Hudson River connecting to Penn Station New York, as well as the full rehabilitation of the existing 116 year-old North River Tunnel—improving overall capacity, reliability and resiliency of rail service between New Jersey and New York.

9. By early 2023, New Jersey, New York, Amtrak, and GDC had entered into a Project Development Agreement for the Hudson Tunnel Project. The Project Development Agreement tasked GDC with the development, design, and construction of the Hudson Tunnel Project. The States and Amtrak committed to contributing one-third of the funding needed to support GDC's operating budget, along with additional services to support delivery of the Hudson Tunnel Project and other related projects.

10. In 2024, Amtrak and the federal government agreed to provide full funding for the Hudson Tunnel Project to GDC via a capital funding agreement, three grant agreements and a set of loan agreements. This funding is further broken down below:

- On January 16, 2024, Amtrak committed $1,016,144,386 pursuant to the Capital Funding Agreement between Amtrak and GDC, as amended by the First Amendment to Capital Funding Agreement entered into on March 5, 2024.

- On June 4, 2024, the Federal Transit Administration awarded GDC a FY 2023 Rebuilding American Infrastructure with Sustainability and Equity ("RAISE") grant for the Hudson Tunnel Project totaling $25,000,000.

- On July 8, 2024, the Federal Transit Administration awarded GDC a Federal Capital Investment ("CIG") grant for the Hudson Tunnel Project totaling $6,880,000,000.

3

- On September 17, 2024, the Federal Railroad Administration awarded GDC a Federal-State partnership for intercity passenger rail ("FSP") Program grant for the Hudson Tunnel Project totaling $3,799,999,820.

- The remainder of the project's funding comes from loans obtained through Build America Bureau's Railroad Rehabilitation and Improvement Financing Program ("RRIF"). There are three RRIF loans.

11. In 2024, GDC broke ground on the Hudson Tunnel Project. As of January 2026, GDC estimates that there are more than 1,000 workers in aggregate assigned to work on the Hudson Tunnel Project, hired via contractors.

12. As indicated, the Hudson Tunnel Project is an integrated program of ten distinct but highly interdependent construction projects, five of which are currently in construction. The status of each project is described below:

- P0 Hudson Yards Concrete Casing – Section 3 (in construction)
- EA-1 Hudson River Ground Stabilization (in construction)
- P1A Palisades Tunnel (in construction)
- P1B Manhattan Tunnel (in construction)
- P1C Hudson River Tunnel (in procurement)
- P2A A-Yard and 10th Avenue Tunnel (in design)
- P2B Tunnel Systems and Fit Out (in design)
- P3 New Jersey Surface Alignment (in procurement)
- P4 Tonnelle Avenue Bridge and Utility Relocation (construction is substantially complete)
- P5 North River Tunnel Rehabilitation (to be designed)

4

13. The timing and sequencing of these projects is intentional and tightly coordinated to meet key corridor access windows, optimize tunnel productivity, align with permitting and environmental constraints, stage utility relocations, and ensure continuous constructability across state lines. The current Hudson Tunnel Project program schedule is designed to place the new tunnel into service by 2035, followed by complete rehabilitation of the existing North River Tunnel thereafter.

14. As noted, the Hudson Tunnel Project is a massive $16 billion infrastructure project. This approximately $16 billion includes nine out of ten projects—all except Hudson Yards Concrete Casing – Section 3, which is separately funded. The ability to complete the project has depended entirely on GDC's ability to obtain federal funding for the project.

### Overview of New York's Funding Contributions

15. New York is making a significant financial contribution to the Hudson Tunnel Project, primarily through the following:

- **GDC's Operating Budget.** Pursuant to the Project Development Agreement, GDC's annual operating budget for the Project is funded by New Jersey, New York, and Amtrak in equal one-third shares.

- **Hudson Tunnel Project Construction Costs.** On March 31, 2024, GDC and New York entered into a Service Contract, pursuant to which New York agreed to provide to GDC on a semiannual basis funding in an amount equal to the corresponding principal and interest debt service payment (plus related expenses) GDC would owe to USDOT under a RRIF Loan Agreement contemplated to be entered into later that year. On July 8, 2024, GDC entered into such RRIF Loan Agreement with USDOT in a principal amount (excluding capitalized interest) not

5

to exceed $1,487,018,803. Proceeds from the RRIF Loan Agreement are to be used for preliminary engineering and design, construction, acquisition of real property and other eligible project costs of the Hudson Tunnel Project permitted thereunder. New York is expected to begin making Service Contract payments beginning in October 2034. Between 2034 and 2073, New York is expected to make payments in the total amount of $2,695,096,408 to support the Hudson Tunnel Project.

### GDC's Operating Budget

16. Pursuant to the Project Development Agreement, New York must pay one-third of GDC's operating costs, subject to applicable governance requirements. New York's share of such operating costs are funded out of annual appropriations.

17. GDC's operating costs generally include staff; professional support services; rent and utilities; administration; office equipment, services and supplies; and interest on GDC's short term credit facility.

18. In FY 2023, New York contributed $19,391,467.67. In FY 2024, New York contributed $19,391,146. And in FY 2025, New York contributed $10,370,026.68.

### Hudson Tunnel Project Construction Costs

19. In addition to the federal grants and capital funding from Amtrak, GDC is also funding Hudson Tunnel Project construction costs through a series of loans obtained through the USDOT Build America Bureau's Railroad Rehabilitation and Improvement Financing Program ("RRIF"). GDC has received three RRIF loans through this program in a total principal amount of approximately $4.06 billion. Pursuant to a series of separate agreements, GDC receives funds from the Port Authority, New York, and NJ Transit to enable GDC to pay back its RRIF loans. The

RRIF Loan Agreement supported by funding from New York is in a principal amount not to exceed $1,487,018,803 (excluding capitalized interest).

20. GDC has begun drawing down on available loan funds under the RRIF agreements. To date, it has drawn down $67,348,000, using that money for preliminary engineering and design, construction, acquisition of real property and other eligible project costs under the RRIF loan agreements.

21. Under the Service Contract, dated March 31, 2024, New York agreed to make payments to GDC in equivalent amounts to the debt service payments to be made by GDC to USDOT to repay, in theory, up to $2,850,000,000 in borrowed funds from USDOT to finance completion of the Hudson Tunnel Project.

22. New York agreed to accept responsibility for making payments to support repayment of the federal loans on the understanding that the state would benefit by securing sufficient funding to complete the Hudson Tunnel Project. Between 2034 and 2073, New York is expected to make payments in the total amount of $2,695,096,408.

**Impacts of Federal Funding Suspension on New York**

23. The continued suspension of funding for the Hudson Tunnel Project will cause the Project to be paused and delayed.

24. The Hudson Tunnel Project was intended to improve overall capacity, reliability and resiliency of rail service between New Jersey and New York.

25. The project to build a new Hudson River Tunnel and to rehabilitate the existing North River Tunnel would provide resiliency, redundancy, and potential capacity for passenger rail travel between NY and NJ – a key linchpin in the region supporting 20% of the nation's economic output.

26. Suspension of work on the Project will at a minimum delay the Project and increase a substantial risk that the Project will be terminated altogether. This will have a negative impact on New York State.

27. Any delay in the Project will mean a delay in anticipated benefits to New York State, which include, as noted, resiliency, redundancy, and potential capacity for passenger rail travel.

28. Further, without the Hudson Tunnel Project, the 116-year old North River Tunnel is at risk of system failures that could result in prolonged service disruptions. Those system failures would directly and immediately impact the ability to move passengers between New Jersey and New York, which would harm New York's economy that relies on a significant workforce from New Jersey and efficient transportation across the Northeast Corridor. Further, there is the possibility of systems failures that would render the North River Tunnel unusable, which would be catastrophic because of the substantial economic damage from workers and other commuters being unable to access their jobsites and other destinations.

29. New York has also expended significant funds and spent substantial time and staff resources coordinating, planning and helping deliver the Hudson Tunnel Project. Defendants' decision to suspend federal funding for the Project has rendered much of this investment useless.

30. Further, New York faces potential costs in connection with the suspension. If federal funding for the Project does not resume by February 6, 2026, GDC will be forced to suspend work—triggering significant suspension costs and schedule impacts. These costs include, but are not limited to, demobilization of crews; protection or removal of barges, cranes, and tunneling equipment; protection of idle equipment; potential labor standby charges; site stabilization, safety, and security costs to preserve partially completed work; storage, preservation,

and maintenance of materials and fabricated components, including tunnel boring machines that were recently delivered for use by the Hudson Tunnel Project; and the duplication of mobilization costs should the work later resume.

31. If GDC has to suspend work on the Hudson Tunnel Project on February 6, 2026, this could also precipitate subcontractor termination and suspension settlement liabilities. Termination-related costs would likely include subcontractor close-out and settlement payments; restocking fees and supplier cancellation charges; return freight, handling, and storage; and the contractor's home-office and field overhead allocable to the period of GDC's suspension of its contracts.

32. Restarting the work following a suspension on February 6, 2026, will require remobilization of equipment and personnel, requalification and recertification of crews, resequencing of work, schedule adjustments, and reestablishment of temporary works and utilities, all at additional significant cost, especially due to the integrated and highly interdependent nature of the Hudson Tunnel Project construction packages.

33. GDC has a limited amount of capital funds available to sustain suspension costs. Thus, in the near future, New York and its project partners will be confronted with painful choices in terms of what to do with few, if any, good options. Additional funding, estimated at many millions per month, would be needed to allow GDC to continue suspending the Project—in the hopes that federal funding will resume. Termination, too, would come with extraordinary costs. GDC estimates that termination-related activities will cost more than tens of millions of dollars and require nearly a year to complete. Although the direct financial exposure of New York is undetermined, being forced into a public safety and financial predicament of this magnitude entails a significant risk in being asked or compelled to pay a share of such termination costs, and a

certainty of expending time and resources dealing with it. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of February, 2026, in Albany, New York.

/s/ David Ullman<br>
David Ullman<br>
Deputy Secretary for Transportation