# EXHIBIT 10

**National Infrastructure Project Assistance (Mega) Program FY2022 Fact Sheets**

Watsonville-Cruz Multimodal Corridor Program..........................................................................................2

Metra UP North Rebuild: Fullerton to Addison...........................................................................................3

Brent Spence Bridge Corridor Project .........................................................................................................4

I-10 Calcasieu River Bridge Replacement Project.......................................................................................5

Improvements to the I-10 Freight Corridor..................................................................................................6

Strengthening Transportation Evacuation Resilient Lifeline by Improving the Network's Grid (STERLING)...................................................................................................................................................7

Hudson Yards Concrete Casing – Section 3 (HYCC-3) ..............................................................................8

I-44 & US-75 Corridor Improvements Project ............................................................................................9

Roosevelt Boulevard Multimodal Project..................................................................................................10

<u>**Hudson Yards Concrete Casing – Section 3 (HYCC-3)**</u>
The National Railroad Passenger Corporation (Amtrak)
*Manhattan, New York*
**AWARD TOTAL:** $292,171,053 (FY22-FY25)

**Quick hits:**
- **The project:** This funding will cover construction of the third and final section of the concrete casing intended to preserve future right-of-way for the new Hudson River Tunnel and allow for the continued redevelopment of Hudson Yards. This is a part of the larger Gateway Project and a critical step towards creating a new Hudson River Tunnel.
- **Economic benefits:** This project is part of the larger Hudson Tunnel Project, which is expected to create more than 72,000 direct, indirect, and induced jobs and $19 billion in economic activity created over the project's construction period.
- **Economic importance:** This project is a critical piece of the Gateway Program, which will modernize this most heavily used part of the Northeast Corridor. This portion of the Northeast Corridor between New Jersey and New York City carries over 200,000 daily Amtrak and NJ TRANSIT passenger trips. The project will also reduce commuter and intercity rail delays caused by unanticipated events or routine maintenance and increase on-time performance.
- **Safety benefits:** The rehabilitated tunnel would have egress walkways for emergency access to and from the tunnel including cross passages so that in an emergency, passengers could exit the train using the walkway to reach the emergency access points. Communications, security and fire safety components will be replaced and upgraded to a modern standard.
- **Resilience benefits:** Superstorm Sandy badly damaged the over century-old North River Tunnels, causing deterioration and leading to more frequent delays due to component failures within the tunnel. Once the new tunnel is built, it will allow for work on the North River Tunnel to proceed with fewer service disruptions
- **Climate benefits:** In addition to long term reductions in greenhouse gas emissions across operations, the HTP provides a more resilient overall system that can withstand natural disasters, such as major storms and floods.