# EXHIBIT 11

U.S. Department
of Transportation

Federal Transit
Administration

Administrator

1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

September 30, 2025

Mr. Thomas Prendergast
Chief Executive Officer
Gateway Development Commission
120 Broadway, 10th Floor
New York, N.Y. 10271
tprendergast@gatewayprogram.org

Dear Mr. Prendergast:

Today, the U.S. Department of Transportation (Department or DOT) issued an interim final rule (IFR), which removes race- and sex-based presumptions of social and economic disadvantage from its Disadvantaged Business Enterprise (DBE) program.

In conjunction with the issuance of the IFR, the Department is reviewing the projects it funds to ensure nondiscrimination in its financial assistance programs. This letter serves as official notification that this review applies to the Hudson Tunnel Project.

The review is intended to ensure that disbursements for the project are consistent with the Equal Protection principles of the U.S. Constitution, Federal nondiscrimination requirements under civil rights law, including Title VI of the Civil Rights Act, and Executive Order 14173, *Ending Illegal Discrimination and Restoring Merit-Based Opportunity*, which directs Federal agencies to "terminate all discriminatory and illegal preferences, mandates, policies, programs, activities, guidance, regulations, enforcement actions, consent orders, and requirements."

Though the review will commence immediately, it will temporarily impact disbursements for the Hudson Tunnel Project. Pending completion of the review, no further disbursements for the Project will be made.

Your anticipated cooperation with the review is appreciated. Additional guidance will be provided soon.

Sincerely,

Marcus J. Molinaro