# EXHIBIT 15

NJ **njbiz.com**/gateway-tunnel-funding-government-shutdown

Matthew Fazelpoor

October 27, 2025

\>>>

Gateway Project faces new uncertainty amid government shutdown



On July 8, 2025, the Gateway Development Commission provided a media tour of progress on the Hudson Tunnel Project. Shown here is the Hudson Yards Concrete Casing Section 3. - MATTHEW FAZELPOOR/NJBIZ

## Gateway Project faces new uncertainty amid government shutdown

### The basics:

- *$16B [Hudson Tunnel Project](#) faces funding pause amid shutdown*
- *Gateway project supports tens of thousands of jobs regionwide*
- *Trump declares project 'terminated,' but work continues*
- *Officials in NJ, NY and labor leaders urge resolution*

The nation's most critical infrastructure product has been caught in the standoff over the federal government shutdown. That project is the Hudson Tunnel Project – or Gateway as it's commonly known – a $16 billion initiative that will bring a new rail tube under the Hudson River and repair the existing more-than-a-century-old tunnel.

Overseen by the Gateway Development Commission, HTP secured a record $12 billion in federal funding last year — the largest commitment to a U.S. rail project in modern history. The work is estimated to support tens of thousands of jobs as it progresses and generates billions in economic activity.

And the momentum has continued all year for HTP, which now has five active construction sites (out of 10 total project elements) underway on both sides of the river in New Jersey and New York – and on the Hudson itself.

The Gateway work will result in 9 miles of new passenger rail tracks between New Jersey and New York, including a new, two-tube tunnel under the Hudson River. Additionally, workers will rehabilitate the existing 115-year-old tunnel, severely damaged by Superstorm Sandy and the cause of frequent headaches for passengers.

Ten distinct construction projects are planned with work started on five of the $16 billion effort's components:

- **Tonnelle Avenue Project:** *Building a new roadway bridge over the future tunnel tracks as well as creating an access point for the Tunnel Boring Machine. Work is slated to be complete by the end of this year.*
- **Palisades Tunnel Project:** *Constructing the first mile of new tunnel in New Jersey.*
- **Hudson Yards Concrete Casing – Section 3 Project:** *Building the last segment of the rail right-of-way that trains will pass through to get from the new tunnel to New York Penn Station.*
- **Manhattan Tunnel Project:** *Building the portion of the tunnel that connects to the Hudson Yards Concrete Casing; preparing the ground under the West Side for tunnel boring.*
- **Hudson River Ground Stabilization Project:** *In-water work to stabilize the riverbed and also protect the marine ecosystem in preparation for tunnel boring beneath the river. Includes mixing concrete into the soil in columns to create a 1,200-foot-long, 100-foot-wide lightweight concrete box at the bottom of the river.*

The new tunnel is slated for completion in 2035; rehab of the existing tunnel is expected to wrap by 2038.

In August, the GDC announced that the manufacturing of the tunnel boring machines was nearing completion. The TBMs, which are being specially made in Germany, will build the first mile of rail tunnel and measure 28 feet, 8 inches in diameter with gantries stretching back roughly 500 feet. Each machine weighs 1,680 tons. They are slated for delivery in the coming weeks, with tunnel boring set to begin next year.



The tunnel boring machines being manufactured will be used to build the first mile of the new rail tunnel under the Hudson River, from the New Jersey tunnel entrance at Tonnelle Avenue in North Bergen to the access shaft in Hudson County. The cutterhead of each TBM measures 28 feet, 8 inches in diameter, and the gantries (shown here) stretch back roughly 500 feet. Each machine weighs 1,680 tons. – PROVIDED BY HERRENKNECHT

On Sept. 30, the GDC awarded a $665 million, four-and-a-half-year contract extension to MPA Delivery Partners. The joint venture of Mace, Parsons Corp. and Arcadis serve as the project delivery partners.

## Shut down

All of that was moving along when the government shutdown began — creating massive uncertainty.

On Oct. 1, Office of Management and Budget Director Russ Vought announced a halt to roughly $18 billion in reimbursements for the Hudson Tunnel Project and the Second Avenue Subway projects. He attributed the stoppage to ensuring that funding is not flowing based on DEI principles.

It was presumed the action was tied to the fact that two Democrats at the center of the federal shutdown negotiation and standoff happen to be from New York – Senate Minority Leader Chuck Schumer and House Minority Leader Hakeem Jeffries – with the project used as leverage.

The U.S. Department of Transportation put out a statement that day saying it was conducting a review of the Disadvantaged Business Enterprise program and that project reimbursements would remain frozen until the agency completed its review.

That led to immediate backlash from lawmakers in New Jersey, New York and beyond – as well as from the GDC.

## 'We remain focused'



Prendergast

In an Oct. 1 statement, GDC Chief Executive Officer Tom Prendergast said, "GDC has received notification from FTA [Federal Transit Administration] regarding a pause in disbursements for the Hudson Tunnel Project. GDC complies with all federal laws and regulations, and will continue to do so throughout the project. We look forward to continuing our productive relationship with the Administration, FTA, FRA, and the US Department of Transportation.

"In the meantime, we remain focused on keeping the project on scope, schedule, and budget."



Murphy

"During his first term in office, I was proud to work with President Trump to advance the Gateway Program – specifically the construction of the Portal North Bridge – to upgrade our region's century-old transportation system," said Gov. Phil Murphy in an Oct. 1 statement. "With millions of commuters depending on the Hudson Tunnel Project and tens of thousands of jobs on the line, I'm confident that we'll be able to work with the Trump Administration to keep Gateway moving forward. A project of this importance should be above politics."

The issue has also become a flash point in the governor's race (more on that in a second).

## 'It's terminated'

As the shutdown continued – it remained unsettled as NJBIZ went to press – the issue seemed to fade. Then at a White House press conference Oct. 15, President <u>Donald Trump</u> <u>took it a step further.</u>



Trump

"Russell Vought is really terminating tremendous numbers of Democrat projects," said Trump. "This is not only jobs. I mean, the project in Manhattan – the project in New York. It's billions and billions of dollars that Schumer has worked 20 years to get.

"It's terminated."

That declaration sent shockwaves throughout the region.



Sherrill

"Trump is terminating the country's largest and most important infrastructure project, ripping away tens of thousands of jobs and stealing billions of dollars from our state," said Democratic gubernatorial candidate Mikie Sherrill, also a member of the U.S. House of Representatives, in response. "Hundreds of thousands of New Jerseyans will benefit from this project, but Jack Ciattarelli says that Gateway isn't a Jersey issue and refuses to stand up to Trump, no matter the cost to New Jersey.

"I'll fight tooth and nail to get this funding back and complete this essential infrastructure project for our state, commuters, and economy."



Ciattarelli

Republican candidate Jack Ciattarelli posted Oct. 15 on social media, signaling his support for the project and voicing his disagreement with Trump on this issue.

"New Jersey needs a Governor who has the standing to work with, and when necessary disagree with, the President and advocate for New Jersey's fair share of federal tax dollars – including the Gateway Tunnel. This is a critical infrastructure project and I will fight to get it done," he wrote on social media.

## 'It's up to me'

Trump was asked about the issue on Air Force One Oct. 19 and whether the project was cancelled.

"As of now, it's terminated," Trump said. "And that's up to me. And as of now, it's terminated. It's terminated because the Democrats are so foolish – what they've done to the country. I mean, we have the hottest country in the world. There's no country even close. And they just want to do this. There's nothing for them to do. All they have to do is just say – let everything continue. And I will say, a lot of Democrats want this to get over."

A reporter continued, "So, the administration right now is not sending funding?"

Trump replied, "Right now, there is no funding – because it's up to me."

The GDC declined to comment further about the latest developments. Murphy has also not weighed in further publicly. The USDOT did not respond to a request for comment.

## Now what?

So, what does it all mean?

For one thing, work is continuing on the sites – and that can be verified by the [Earthcams that GDC has set up at the active construction sites](#).



Lalevee

Greg Lalevee, business manager of the International Union of Operating Engineers Local 825, has been a huge advocate and supporter of this project, which is a major one for his members.

"On one hand, I made the same inference everybody else did," Lalevee told NJBIZ. "On other hand, I never heard him say 'Gateway.'"

His sense is this is all part of the broader negotiation around the government shutdown.

"There's a significant amount of work that's done. You've seen it on the project," said Lalevee. Speaking from Washington, he noted how quiet it was in the nation's capital. "This thing is going to get worked out eventually. And who the hell knows what it's going to entail? How many times have we seen CR's [continuing resolutions] pass? And there's always a last minute this, that or the other thing – good, bad or indifferent depending on what your perspective is."

![Construction site photo]

On July 8, the Gateway Development Commission provided a media tour of progress on the Hudson Tunnel Project. Shown here is the Palisades Tunnel Project. – MATTHEW FAZELPOOR/NJBIZ

Lalevee continued, "I don't know the federal budget maybe as well as others. But I know negotiation in the sense that – if Sen. Schumer were to find the votes to give Trump, I don't know – one, three, eight, 10 things that he wants. Trump's a negotiator. So I think that was a very nice way of Trump saying, 'listen pal, everything's on the table, and I need everything.'"

He cited the work that has already been performed or is in process. "This is a much different situation than when Gov. [Chris] Christie killed ARC [a previous iteration of the project]. And the president's not a stupid guy – otherwise, he wouldn't be president. Again, I think everything's on the table.

"In the end when they finally work this out – let's see exactly what they work out," said Lalevee.

## 'Cooler heads will prevail'

Lalevee has regularly applauded the GDC for its work on securing funding, moving construction along and getting the project in a place it has not been before. He also credited the organization for how it has handled these latest developments.

"I'm grateful that GDC as an entity has held its powder, if you will. That nobody's run to get in front of the microphone, and scream and yell and everything else," said Lalevee. "I just think that's a good position from them.

"Again, at the end, I think cooler heads will prevail."

## Blow to the economy

Parul Jain, associate professor of professional practice of finance and economics, Rutgers Business School, also cited the progress already made in gauging how big of a blow a termination of the project would be for the local economy.

After all, the work is creating jobs and will produce a more reliable transportation system with greater capacity. The economic impact is estimated in the billions of dollars.



Crews install the temporary pedestrian bridge on the eastern side of Tonnelle Avenue in November 2024. – PROVIDED BY GATEWAY DEVELOPMENT COMMISSION

"The 9 miles of new passenger trail track with a two-tube tunnel was set to be completed by 2035, and the old tunnel repaired by 2038," Jain told NJBIZ. "The existing tunnels were damaged during Superstorm Sandy in 2012, and any failure of even one tunnel could cost upwards of $16 billion over four years and about 33,000 jobs, according to the Regional Planning Association.

"President Trump recently declared this project to be 'dead.' However, the consensus is that Trump's actions wouldn't kill the project but would delay it, causing massive cost overruns. The funding cut likely means extra costs and potential job losses," she said.

> [T]he consensus is that Trump's actions wouldn't kill the project but would delay it, causing massive cost overruns. The funding cut likely means extra costs and potential job losses.
> – **Parul Jain**, Rutgers Business School

"While work is progressing, there is uncertainty with respect to employment generation, economic activity and the expected increase transit ridership with four tracks instead of two."

Jain pointed to reports from the GDC that lay out the key benefits of the project, including:

- "Upon completion, this infrastructure project is expected to support 20,200 jobs, generate $4.5 billion in economic output and $1.7 billion in labor income. The Regional Planning Association projection from last year projects that over the 15-year construction period, it will generate $19.6 billion in economic activity and 95,000 jobs. …
- "94% is expected to be sourced within the United States, which is a big boost to American businesses in the tristate area. Plus, other states are also going to benefit, since there is need for massive purchases from elsewhere, such as Ohio. …
- "With the U.S. economy emitting weak signals, particularly for the labor market, such a project is greatly needed to boost the economy. Conversely, the cancellation of this project would wreak considerable harm, while leaving commuters dependent on two damaged tunnels and a disaster just waiting to happen."

## If terminated, then what?

What would the worst-case scenario – an actual termination of the project – look like?

"It's a couple of things. One, it would be horrendous to the regional economy," Lalevee said. "Two, we still have the existing tunnels that are in a state of disrepair and could potentially get more dangerous by the day, after they loaded up with saltwater post-Sandy. So, the question is, what do we do if one collapses? We have Route 80, just on a train track," a reference to the closing of the major interstate highway recently because of sinkholes.

"Throw in all of the work that's been done and executed," Lalevee continued. "Back as far as when the Hudson Yards were built, all those buildings, the pieces for the tunnel that go under Hudson Yards were set then – when the foundation was open. So, there's been work going on for this forever. For all the critics who call it a boondoggle, it becomes a boondoggle if you've done all this work and walk away from it."



Shown is the alignment of the entire Hudson Tunnel Project. – PROVIDED BY GATEWAY DEVELOPMENT COMMISSION

Utility and Transportation Contractors Association Executive Director Dave Rible issued an Oct. 16 statement on the situation:

"Congress needs to do what American taxpayers are paying them to do: get back to work," said Rible. "The shutdown has real world consequences for working people and should not be a matter of soundbites and off-the-cuff remarks. The Gateway Tunnel is not a game: it is the most important infrastructure project of this generation. Countless jobs are at stake not to mention the overall economic impact to the region if the current tunnels have to be shuttered.

"Enough is enough. Get back to D.C. and figure it out."

Tags: Construction, economic development, Donald Trump, Gateway Program, Hudson Tunnel Project, Infrastructure, infrastructure funding, government shutdown, phil murphy, Gateway Development Commission