**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF JERSEY and STATE OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>Defendants. | Case No. 26 Civ. 939 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action on behalf of Plaintiff State of New York. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
February 3, 2026

LETITIA JAMES
Attorney General
State of New York

By: *<u>/s/ Jessica Ranucci</u>*
Jessica Ranucci
Special Counsel
28 Liberty Street
New York, NY 10005
(929) 736-3392
jessica.ranucci@ag.ny.gov

*Attorney for Plaintiff State of New York*