**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 4, 2026

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *State of New Jersey et al. v. United States Department of Transportation et al.*,
              No. 26 Civ. 939 (JAV)

Dear Judge Vargas:

      This Office represents defendants United States Department of Transportation, Sean Duffy in his official capacity as Secretary of Transportation, the Federal Railroad Administration, David Fink, in his official capacity as Administrator of the Federal Railroad Administration, the Federal Transit Administration, Marcus J. Molinaro, in his official capacity as Administrator of the Federal Transit Administration, the Build America Bureau, and Dr. Morteza Farajian in his official capacity as Executive Director of the Build America Bureau (the "Government") in the above-referenced Administrative Procedure Act action. The Government respectfully submits this letter pursuant to the Court's Individual Rules and Practices Regarding Civil Matters in which the United States Attorney for the Southern District of New York or the United States Department of Justice Represents a Party. Based on the records of the U.S. Attorney's Office ("USAO"), this matter does not fall within the recusal parameters set forth in those rules; the USAO did not have any involvement in this matter on or prior to November 18, 2024.

      The Government thanks the Court for its attention to this matter.

2

        Respectfully,

        JAY CLAYTON
        United States Attorney

By:   */s/ Tara Schwartz*
        TARA SCHWARTZ
        C. NNEKA NZEKWU
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2633/2737
        Email: tara.schwartz@usdoj.gov
               chibogu.nzekwu@usdoj.gov

*Counsel for Defendants*