UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STATE OF NEW JERSEY, et al.,                                      :
:
                Plaintiffs,                    :        26-CV-0939 (JAV)
:
      -v-                                                         :        <u>ORDER</u>
:
UNITED STATES DEPARTMENT OF                                       :
TRANSPORTATION, et al.,                                           :
:
                Defendants.                    :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Counsel for all parties shall appear for a hearing with respect to Plaintiffs' application for a temporary restraining order pursuant to Rule 65(b) ("TRO") on **February 6, 2026,** at **1:00pm.** The hearing will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      Any opposition papers to the entry of the requested TRO shall be filed by **February 6, 2026**, **at 11:00am.**

      Plaintiff shall serve copies of this Order and its application for a TRO upon the Civil Division of the United States Attorney's Office for the Southern District of New York by electronic mail by no later than **5:00pm today**, and promptly file proof of such service on the docket. Counsel for Defendants shall promptly enter notices of appearance.

      SO ORDERED.

Dated: February 4, 2026
       New York, New York

                                                                       JEANNETTE A. VARGAS
                                                                        United States District Judge