UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW JERSEY and STATE OF NEW YORK,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MARCUS J. MOLINARO, in his official capacity as Administrator of the Federal Transit Administration; BUILD AMERICA BUREAU; and DR. MORTEZA FARAJIAN, in his official capacity as Executive Director of the Build America Bureau,<br><br>　　　　　　　　Defendants. | Case No. 1:26-cv-00939 |

**DECLARATION REGARDING SERVICE OF PROCESS**

I hereby depose and state as follows:

1. I am over the age of eighteen and am Special Counsel for the Office of the New York State Attorney General.

2. On February 4, 2026, this office received summonses directed to Defendants United States Department of Transportation, Sean Duffy, in his official capacity as Secretary of Transportation, Federal Railroad Administration, David Fink, in his official capacity as Administrator of the Federal Railroad Administration, Federal Transit Administration, Marcus J. Molinaro, in his official capacity as Administrator of the Federal Transit

Administration, Build America Bureau, and Dr. Morteza Farajian, in his official capacity as Executive Director of the Build America Bureau.

3. On February 5, 2026, I caused copies of the summonses described in the preceding paragraph, along with copies of the complaint and exhibit to the complaint to be sent via certified mail to the defendants as follows:

| Entity/Individual Served | Address |
|---|---|
| United States Department of Transportation | United States Department of Transportation<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 |
| Secretary Sean Duffy | Secretary Sean Duffy<br>United States Department of Transportation<br>1200 New Jersey Ave, SE<br>Washington, DC 20590 |
| Federal Railroad Administration | Federal Railroad Administration<br>U.S. Department of Transportation<br>1200 New Jersey Ave, SE W-32<br>Washington, DC 20590 |
| Administrator David Fink | Administrator David Fink<br>Federal Railroad Administration<br>U.S. Department of Transportation<br>1200 New Jersey Ave, SE W-32<br>Washington, DC 20590 |
| Federal Transit Administration | Federal Transit Administration<br>East Building<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| Administrator Marcus J. Molinaro | Administrator Marcus J. Molinaro<br>Federal Transit Administration<br>East Building<br>1200 New Jersey Avenue, SE |

|  |  |
|---|---|
|  | Washington, DC 20590 |
| Build America Bureau | Build America Bureau<br>1200 New Jersey Ave, SE<br>Room W12-426<br>Washington, DC 20590 |
| Dr. Morteza Farajian | Dr. Morteza Farajian<br>Build America Bureau<br>1200 New Jersey Ave, SE<br>Room W12-426<br>Washington, DC 20590 |
| Attorney General Pamela Bondi | Attorney General Pamela Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 |
| U.S. Attorney's Office for the Southern District of New York | Civil Process Clerk<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/5/2026

_____

Jessica Ranucci