**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW JERSEY and STATE OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 26-cv-00939 |

## CERTIFICATE OF SERVICE

Chibogu Nneka Nzekwu deposes and says that she is employed in the Office of the United States Attorney for the Southern District of New York, and that on February 6, 2026, she caused a copy of (1) the Government's memorandum of law in opposition to Plaintiffs' motion for a temporary restraining order and in support of Defendants' motion to dismiss and (2) the unredacted versions of Exhibits E, F, and G, which were attached to the Declaration of Matthew Hawkins in the above captioned case to be sent via email to counsel of record in this action.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

/s/ Chibogu Nneka Nzekwu
C. NNEKA NZEKWU

Executed on:   February 6, 2026
              New York, New York