UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STATE OF NEW JERSEY and STATE OF NEW YORK,

        Plaintiffs,

   v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MARCUS J. MOLINARO, in his official capacity as Administrator of the Federal Transit Administration; BUILD AMERICA BUREAU; and DR. MORTEZA FARAJIAN, in his official capacity as Executive Director of the Build America Bureau,

        Defendants.

------------------------------------------------------------x

26 Civ. 939 (JAV)

**NOTICE OF APPEAL**

    All defendants appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order granting a preliminary injunction entered on February 6, 2026 (ECF No. 45).

Dated:   New York, New York
            February 8, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:   /s/ CHIBOGU NNEKA NZEKWU
      C. Nneka Nzekwu
      Tara Schwartz
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Telephone: (212) 637-2737/2633
      E-mail: chibogu.nzekwu@usdoj.gov
              tara.schwartz@usdoj.gov