```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
STATE OF NEW JERSEY et al.,                                       :
                                                                  :
                            Plaintiffs,                           :      26-CV-00939 (JAV)
                                                                  :
            -v-                                                   :      ORDER
                                                                  :
UNITED STATES DEPARTMENT OF                                       :
TRANSPORTATION et al.,                                            :
                                                                  :
                            Defendants.                           :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

Before the Court is a letter motion to seal filed by Defendants in this action: the DOT; Secretary of Transportation Sean Duffy, in his official capacity; the Federal Railroad Administration; Administrator of the Federal Railroad Administration David Fink, in his official capacity; the Federal Transit Administration ("FTA"); FTA Administrator Marcus J. Molinaro, in his official capacity; the Build America Bureau; and Build America Bureau Executive Director Morteza Farajian, in his official capacity (collectively, "Defendants" or "the Government). ECF No. 42 ("Mot." or "Motion"). The Government seeks to seal portions of three exhibits submitted in support of contemporaneously filed opposition papers. ECF No. 43 ("Hawkins Decl.").

While the Government represents that it seeks to seal competitively sensitive information contained in three Railroad Rehabilitation and Improvement Financing ("RRIF") agreements, Mot. at 1, the Court has no way to evaluate this assertion where the Government's sealed filing has redacted the material in question. *See* ECF Nos 43-5 at 69-129, 43-6 at 69-128, and 43-7 at 69-129. The Government is directed to resubmit the Motion in accordance with the Court's Individual Rule 10.C.iii ("the party shall (1) publicly file on ECF and electronically relate to the letter motion a copy of the document with the proposed redactions; and (2) file under seal on ECF (with the appropriate

level of restriction) and electronically relate to the motion an unredacted copy of the document with the ***proposed redactions highlighted***").

The Clerk of Court is directed to terminate ECF No. 42.  The Government is ORDERED to refile the Motion and corresponding exhibits as stated.

SO ORDERED.

Dated: February 11, 2026  
       New York, New York

                                        JEANNETTE A. VARGAS  
                                        United States District Judge