# Exhibit B

**U.S. DEPARTMENT OF TRANSPORTATION**

**GRANT AGREEMENT UNDER THE
FISCAL YEAR 2023 RAISE PROGRAM**

This agreement is between the United States Department of Transportation (the "**USDOT**") and the Gateway Development Commission (the "**Recipient**").

This agreement reflects the selection of the Recipient to receive a RAISE Grant for the "Tonnelle Avenue Bridge and Utility Relocation Project"[1]("Tonnelle Avenue").

The parties therefore agree to the following:

**ARTICLE 1
GENERAL TERMS AND CONDITIONS.**

**1.1    General Terms and Conditions.**

(a) In this agreement, "**General Terms and Conditions**" means the content of the document titled "General Terms and Conditions Under the Fiscal Year 2023 RAISE Program: FTA Projects," dated June 23, 2023, which is available at https://www.transportation.gov/policy-initiatives/raise/raise-grant-agreements. The General Terms and Conditions reference the information contained in the schedules to this agreement. The General Terms and Conditions are part of this agreement.

(b) The Recipient states that it has knowledge of the General Terms and Conditions.

(c) The Recipient acknowledges that the General Terms and Conditions impose obligations on the Recipient and that the Recipient's non-compliance with the General Terms and Conditions may result in remedial action, terminating of the RAISE Grant, disallowing costs incurred for the Project, requiring the Recipient to refund to the USDOT the RAISE Grant, and reporting the non-compliance in the Federal-government-wide integrity and performance system.

**ARTICLE 2
SPECIAL TERMS AND CONDITIONS.**

**2.1    Pre-Award Authority.**

Please refer to Schedule D and Attachment 1.

---

[1] Utility relocation has been removed from the Statement of Work for this project.

1 of 19

**SCHEDULE A**
**ADMINISTRATIVE INFORMATION**

1.    **Application.**

Application Title:    The Gateway Development Commission (GDC) is applying for $39.6 million in RAISE funds for the construction of the Gateway: Tonnelle Avenue Bridge and Utility Relocation Project[2]

Application Date:    2/28/2023

2.    **Recipient's Unique Entity Identifier.**

Recipient's Unique Entity Identifier: L3A1UJSRCT44

3.    **Recipient Contact(s).**

Lauren Ellmers
Grants Administrator
Gateway Development Commission
120 Broadway, 10th Floor, New York, NY 10271
lellmers@gatewayprogram.org
(917) 589-1518

4.    **Recipient Key Personnel.**

Lauren Ellmers
Grants Administrator
Gateway Development Commission
120 Broadway, 10th Floor, New York, NY 10271

5.    **USDOT Project Contact(s).**

Robyn Sinquefield
Community Planner
Federal Transit Administration, Region 2
1 Bowling Green, Suite 429, New York, NY, 10004
(212) 668-2173
robyn.sinquefield@dot.gov

6.    **Payment System.**

USDOT Payment System:    ECHO

---

[2] Utility relocation has been removed from the Statement of Work for this project.

7.    **Office for Subaward and Contract Authorization.**

USDOT Office for Subaward and Contract Authorization:   None

8.    **Federal Award Identification Number.**

Federal Award Identification Number:        NY-2024-014-00

**SCHEDULE B**
**PROJECT ACTIVITIES**

1.    **General Project Description.**

The project will fund the construction of a new approximately 100-foot road bridge to carry Tonnelle Avenue over a new railroad right-of-way for the new Hudson River Tunnel in North Bergen.

2.    **Statement of Work.**

The project will convert a portion of Tonnelle Avenue into a new roadway bridge to accommodate a new railroad undercrossing for the new Hudson River Tunnel.

The project will include the following elements:

- Construction: The project is designed to occur in three phases so that traffic flow in both directions can be maintained throughout the construction period. The west section of the bridge (along southbound Tonnelle Avenue) is planned to be constructed first, followed by the center section, then the east. Tonnelle Avenue will provide access for construction vehicles to travel between staging areas utilized for the HTP. Erosion and sediment control measures will be installed as needed by the contractor. The contractor will establish the work zone and place temporary traffic control devices for the maintenance and protection of traffic. A temporary pedestrian walkway will be established to enable pedestrians to pass around the construction zone safely. Fencing and barriers will be placed along the temporary walkway to direct pedestrians away from construction activity.

- Professional Services: Professional services include construction management, project administration including staff costs, programmatic costs, and other third-party contracts.

- Administrative Services: Professional services will include legal payments associated with noise mitigation measures.

## SCHEDULE C AWARD DATES
## AND PROJECT SCHEDULE

**1.    Award Dates.**

Budget Period End Date:              January 30, 2027

Period of Performance End Date:    January 30, 2027

**2.    Estimated Project Schedule.**

| Milestone | Schedule Date |
|---|---|
| Actual Construction Start Date: | October 13, 2023 |
| Planned Stage 2 Completion Date (50% Complete): | February 28, 2025 |
| Planned Construction Substantial Completion Date: | October 31, 2025 |
| Planned Revenue Service Date:[3] | October 31, 2025 |
| Planned Construction Contract Close-Out Date: | January 31, 2026 |
| Planned Project Closeout Date: | April 30, 2027 |

**3.    Special Milestone Deadlines.**

None.

---

[3] For purposes of this agreement, "Revenue Service Date" is the date by which the Tonnelle Avenue Bridge is open to vehicular traffic in both directions.

## SCHEDULE D
## AWARD AND PROJECT FINANCIAL INFORMATION

1.    **Award Amount.**

RAISE Grant Amount:        $25,000,000

2.    **Federal Obligation Information.**

Federal Obligation Type:    Single

3.    **Approved Project Budget.**

| Eligible Project Costs | | | |
| --- | --- | --- | --- |
| | **Construction Services, Professional and Administrative Services** | **Contingency** | **Total** |
| RAISE Funds: | $25,000,000 | $0 | $25,000,000 |
| Other Federal Funds: | $0 | $0 | $0 |
| Non-Federal Funds: | $15,700,000 | $6,600,000 | $22,300,000 |
| Total: | $40,700,000 | $6,600,000 | $47,300,000 |

4.    **Cost Classification Table.**

Reserved.

5.    **Approved Pre-award Costs**

On August 15, 2023, USDOT approved Gateway Development Commission's request to allow the pre-award costs incurred from August 14, 2023, to be considered eligible project costs. These pre-award costs include construction of the new bridge, access to HTP staging areas, and professional services as further outlined in the August 7, 2023 GDC Request for Authorization of Pre-Award Authority.

## SCHEDULE E
## CHANGES FROM APPLICATION

**Scope**:
Gateway Development Commission has removed the Utility Relocations from the Statement of Work since that work will now be funded with other sources. Administrative services directly related to the bridge replacement are now included as part of the RAISE project Statement of Work in Schedule B.

**Schedule**:
The dates listed in Schedule C do not differ by more than six months.

**Budget**:
Schedule D reflects the reduced RAISE Funds and increased Non-Federal Funds that was documented prior to award in an email from the recipient to the Department on June 15, 2023. The budget replaces Amtrak funds identified in the application with additional RRIF loan funds. The table below provides a summary comparison of the Project budget.

| Fund Source | Application $ | Application % | Schedule D $ | Schedule D % |
|---|---|---|---|---|
| **Previously Incurred Costs** | | | | |
| Federal Funds | | | | |
| Non-Federal Funds | | | | |
| Total Previously Incurred Costs | | | | |
| **Future Eligible Project Costs** | | | | |
| RAISE Funds | $39,561,438 | 80% | $25,000,000 | 53% |
| Other Federal Funds | $0 | 0% | $0 | 0% |
| Non-Federal Funds | $9,890,359 | 20% | $22,300,000 | 47% |
| Total Future Eligible Project Costs | $49,451,797 | 100% | $47,300,000 | 100% |
| Total Project Costs | $49,451,797 | | $47,300,000 | |

**Other:** N/A

**SCHEDULE F**
**RAISE PROGRAM DESIGNATIONS**

1. **Urban or Rural Designation.**

   Urban-Rural Designation:    Urban

2. **Capital or Planning Designation.**

   Capital-Planning Designation:    Capital

3. **Historically Disadvantaged Community or Area of Persistent Poverty Designation.**

   HDC or APP Designation:    Yes

4. **Funding Act.**

   Funding Act:  IIJA

5. **Security Risk Designation.**

   Security Risk Designation:    Low

**SCHEDULE G**
**RAISE PERFORMANCE MEASUREMENT INFORMATION**

**Study Area:**   Tonnelle Avenue Bridge

**Baseline Measurement Date:**       June 2024

**Baseline Report Date:**       June 2024

**Table 1: Performance Measure Table**

| Measure | Category and Description | Measurement Frequency |
|---|---|---|
| **Pavement Condition**<br><br>International Roughness Index (IRI) | **State of Good Repair**<br><br>The International Roughness Index (IRI) should be reported as the average for the project study area. IRI should be measured and reported using the AASHTO Standard Practice which calls for the use of a longitudinal profile measured in accordance with ASTM E-950 as a basis for estimating IRI. | Annual |
| **Travel Time**<br><br>Average Travel Time (Minutes) per Trip | **Quality of Life, Mobility and Community Connectivity**<br><br>A trip is defined as the point-to-point travel between predetermined locations. | Annual |

**SCHEDULE H**
**CLIMATE CHANGE AND ENVIRONMENTAL JUSTICE IMPACTS**

1.    **Consideration of Climate Change and Environmental Justice Impacts.**

The Recipient states that rows marked with "X" in the following table are accurate:

| | |
|---|---|
| | The Project significantly reduces transportation-related pollution, like air pollution and greenhouse gas emissions. *(Describe the expected reductions and how they are achieved in the supporting narrative below.)* |
| | The Project aligns with an applicable State, regional, or local carbon-reduction plan. *(Identify the plan in the supporting narrative below.)* |
| | The Project addresses the disproportionate negative environmental impacts of transportation, such as exposure to elevated levels of air, water, and noise pollution. *(Describe how in the supporting narrative below.)* |
| | The Project implements transportation-efficient land use and design, such as drawing on the features of historic towns and villages that had a mix of land uses, compact and walkable development patterns, accessible green space, and neighborhood centers. *(Describe how in the supporting narrative below.)* |
| | The Project shifts freight to lower-carbon travel modes to reduce emissions. *(Describe how in the supporting narrative below.)* |
| | The Project improves the resiliency of at-risk infrastructure to withstand extreme weather events and natural disasters caused by climate change, such as by using best-available climate data sets, information resources, and decision-support tools, and incorporating best practices identified by the USDOT. *(Identify the at-risk infrastructure and describe how the project improves its resiliency in the supporting narrative below.)* |
| | The Project incorporates energy efficient investments, such as electrification or zero emission vehicle infrastructure. *(Describe the energy efficient investments in the supporting narrative below.)* |
| | The Project redevelops brownfield sites. *(Identify the brownfield sites and describe the redevelopment in the supporting narrative below.)* |
| | The Project removes, replaces, or restores culverts to improve passage of aquatic species. *(Identify the affected culverts and describe how the changes will improve the passage of aquatic species in the supporting narrative below.)* |
| | The Project avoids adverse impacts to air or water quality, wetlands, and endangered species. *(Describe how in the supporting narrative below.)* |

| | |
|---|---|
| | The Project includes floodplain upgrades consistent with the Federal Flood Risk Management Standard in Executive Orders 14030 and 13690. *(Describe those floodplain upgrades in the supporting narrative below.)* |
| X | The Recipient has taken other actions to consider climate change and environmental justice impacts of the Project. *(Describe those actions in the supporting narrative below.)* |
| | The Recipient has not yet taken actions to consider climate change and environmental justice impacts of the Project but, before beginning construction of the Project, will take relevant actions described in schedule B. *(Identify the relevant actions from schedule B in the supporting narrative below.)* |
| | The Recipient has not taken actions to consider climate change and environmental justice impacts of the Project and will not take those actions under this award. |

2.    **Supporting Narrative.**

The project seeks to implement erosion and sediment controls best management practices near creeks in the Tonnelle Avenue area. The Tonnelle Avenue construction contract stipulates that concrete must be manufactured within five-hundred (500) miles of the job site. Requiring regionally manufactured concrete limits the amount of vehicle miles travelled to transport these materials to the job site, thereby reducing the vehicle emissions that would occur if the concrete was manufactured elsewhere. The Tonnelle Avenue construction contract also requires that the contractor re-use some of the soil which is already located on-site, as opposed to trucking the soil off-site and bringing in replacement soil.

**SCHEDULE I**
**RACIAL EQUITY AND BARRIERS TO OPPORTUNITY**

1.    **Efforts to Improve Racial Equity and Reduce Barriers to Opportunity.**

The Recipient states that rows marked with "X" in the following table are accurate:

| | |
|---|---|
| | The Project increases affordable transportation choices. (*Describe how in the supporting narrative below.*) |
| | The Project expands active transportation usage. (*Describe how in the supporting narrative below.*) |
| | The Project significantly reduces vehicle dependence. (*Describe how in the supporting narrative below.*) |
| | The Project reduces transportation and housing cost burdens by integrating mixed use development and a diversity of housing types (including affordable housing) with multimodal transportation infrastructure. (*Describe how in the supporting narrative below.*) |
| | The Project coordinates and integrates land use, affordable housing, and transportation planning to create more livable communities and expand travel choices. (*Describe how in the supporting narrative below.*) |
| | The Project reduces vehicle dependence and improves access to daily destinations, such as jobs, healthcare, grocery store, schools, places of worship, recreation, or parks, such as by adding new facilities that promote walking or biking. (*Describe how in the supporting narrative below.*) |
| | The Project implements transit-oriented development that benefits existing residents and businesses. (*Describe how in the supporting narrative below, including a specific description of the benefits to existing residents and businesses.*) |
| | The Project mitigates urban heat islands to protect the health of at-risk residents, outdoor workers, and others. (*Describe how in the supporting narrative below.*) |
| | The Project proactively addresses racial equity. (*Describe how in the supporting narrative below.*) |
| X | The Recipient has taken other actions related to the Project to improve racial equity and reduce barriers to opportunity. (*Describe those actions in the supporting narrative below.*) |

12 of 19

| | |
|---|---|
| | The Recipient has not yet taken actions related to the Project to improve racial equity and reduce barriers to opportunity but, before beginning construction of the Project, will take relevant actions described in schedule B. *(Identify the relevant actions from schedule B in the supporting narrative below.)* |
| | The Recipient has not taken actions related to the Project to improve racial equity and reduce barriers to opportunity and will not take those actions under this award. |

2. **Supporting Narrative.**

The project includes efforts to improve racial equity and reduce barriers to opportunity. The Tonnelle Avenue project area is located within a Federally designated Opportunity Zone. In August 2023 the Gateway Development Commission established a twenty-four (24) hour hotline and a dedicated email to manage questions and inquiries from the community. A community liaison is monitoring the hotline and email. On an as-needed basis, the Gateway Development Commission has developed construction flyers that detail traffic updates which are shared with local elected officials. During construction a community trailer will be established.

**SCHEDULE J**
**LABOR AND WORK**

1.    **Efforts to Support Good-Paying Jobs and Strong Labor Standards**

The Recipient states that rows marked with "X" in the following table are accurate:

|  | |
|---|---|
| | The Recipient or a project partner promotes robust job creation by supporting good-paying jobs directly related to the project with free and fair choice to join a union. *(Describe robust job creation and identify the good-paying jobs in the supporting narrative below.)* |
| | The Recipient or a project partner will invest in high-quality workforce training programs such as registered apprenticeship programs to recruit, train, and retain skilled workers, and implement policies such as targeted hiring preferences. *(Describe the training programs in the supporting narrative below.)* |
| X | The Recipient or a project partner implements targeted hiring preferences that will promote the entry and retention of underrepresented populations into those jobs including women, people of color, and people with convictions. *(Describe the use of targeted hiring preferences that will promote the entry and retention of underrepresented populations in jobs in the supporting narrative below.)* |
| | The Recipient or a project partner will partner with high-quality workforce development programs with supportive services to help train, place, and retain underrepresented communities in good-paying jobs or registered apprenticeships including through the use of local and economic hiring preferences, linkage agreements with workforce programs that serve underrepresented groups, and proactive plans to prevent harassment. *(Describe the supportive services provided to trainees and employees, preferences, and policies in the supporting narrative below.)* |
| | The Recipient or a project partner will partner and engage with local unions or other worker-based organizations in the development and lifecycle of the project, including through evidence of project labor agreements and/or community benefit agreements. *(Describe the partnership or engagement with unions and/or other worker-based organizations and agreements in the supporting narrative below.)* |
| | The Recipient or a project partner will partner with communities or community groups representative of historically underrepresented groups to develop workforce strategies. *(Describe the partnership and workforce strategies in the supporting narrative below.)* |

| | The Recipient has taken other actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards. *(Describe those actions in the supporting narrative below.)* |
|---|---|
| | The Recipient has not yet taken actions related to the Project to create good-paying jobs with the free and fair choice to join a union and incorporate strong labor standards but, before beginning construction of the Project, will take relevant actions described in schedule B. *(Identify the relevant actions from schedule B in the supporting narrative below.)* |
| | The Recipient has not taken actions related to the Project to improve good-paying jobs and strong labor standards and will not take those actions under this award. |

2.    **Supporting Narrative.**

The project includes efforts to Support Good-Paying Jobs and Strong Labor Standards. the Gateway Development Commission entered into a contract for the performance of construction services for the Project. The Construction Services Contract mandates important standards and protections for laborers working on Tonnelle Avenue, including the following:

- Established an 18% goal for the participation of Disadvantaged Business Enterprises.
- Requires the contractor and any subcontractors to provide equal employment opportunities.
- Establishes goals for minority and female utilization.
- Requires the contractor and any subcontractors to pay all workmen, laborers, and mechanics at least the prevailing rate of wage as established by the Secretary of Labor of the United States under the Davis-Bacon Act.

The Gateway Development Commission entered into a contract for the performance of construction management services for the Tonnelle Avenue. The construction management services contract mandates important standards and protections for laborers working on Tonnelle Avenue, including the following:

- Established a 25% goal for the participation of Disadvantaged Business Enterprises.

As part of Title VI federal requirements for recipients receiving federal funding, a Public Participation Plan ("PPP") is required. A PPP includes information on outreach methods to engage minority and limited English proficiency populations ("LEP"). The purpose of the PPP is to guide the outreach methods for the Gateway Development Commission to ensure all groups have the opportunity to participate in the planning process of the HTP.

15 of 19

The plan includes proactive strategies, procedures, and desired outcomes to promote engaged public involvement throughout the course of the HTP.

Lastly, the project's construction contract includes Affirmative Action Requirements for Equality Employment Opportunity. The goals for minority and female participation, expressed in percentage terms, for the Contractor's workforce at the construction site under this Contract are as follows:

| | |
|---|---|
| Minority, except laborers | 30% |
| Minority, laborers | 40% |
| Female, except laborers | 6.9% |
| Female, laborers | 6.9% |

**SCHEDULE K**
**CIVIL RIGHTS AND TITLE VI**

1.    **Recipient Type Designation.**

Recipient Type Designation:  New

2.    **Title VI Assessment Information.**

Title VI Assessment Completion Date:        September 29, 2023

## RECIPIENT SIGNATURE PAGE

The Recipient, intending to be legally bound, is signing this agreement on the date stated opposite that party's signature.

Gateway Development Commission

_6/ 4/24_ By: _____
Date                                    Signature of Recipient's Authorized Representative

Kris Kolluri
_____
Name

Chief Executive Officer
_____
Title

18 of 19

**USDOT SIGNATURE PAGE**

The USDOT, intending to be legally bound, is signing this agreement on the date stated opposite that party's signature.

UNITED STATES DEPARTMENT OF TRANSPORTATION

_____June 4, 2024_____ By:

Date

_____

Signature of USDOT's Authorized Representative

Michael Culotta

_____

Name

Regional Administrator

_____

Title