UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

STATE OF NEW JERSEY et al.,                  :

                          Plaintiffs,         :             26-CV-00939 (JAV)

                 -v-                              :             <u>ORDER</u>

UNITED STATES DEPARTMENT OF        :
TRANSPORTATION et al.,                  :

                        Defendants.        :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Before the Court is a letter motion to seal three exhibits, filed by Defendants in this action: the DOT; Secretary of Transportation Sean Duffy, in his official capacity; the Federal Railroad Administration; Administrator of the Federal Railroad Administration David Fink, in his official capacity; the Federal Transit Administration ("FTA"); FTA Administrator Marcus J. Molinaro, in his official capacity; the Build America Bureau; and Build America Bureau Executive Director Morteza Farajian, in his official capacity (collectively, "Defendants" or "the Government). ECF No. 54 ("Mot." or "Motion"). The Government seeks to redact portions of these exhibits containing provisions of Railroad Rehabilitation and Improvement Financing ("RRIF") agreements. ECF No. 55 ("Hawkins Decl."), Exs. E-G.

      The Court agrees that the RRIF agreements contain proprietary and commercially sensitive pricing, budget, and other information of the Gateway Development Commission that would present a distinct advantage to other contractors and subcontractors in similar, future contracts. For this reason, and because the provisions to be redacted are not material to the Court's disposition of Plaintiffs' pending preliminary injunction motion, the Court finds that countervailing interests against the presumption of disclosure weigh in favor of the proposed redactions. *See Lugosch v.*

*Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) ("The weight to be given [to] the presumption of access must be governed by the role of the material at issue . . . balance[d by] . . . countervailing factors"); *United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995) ("Commercial competitors seeking an advantage over rivals need not be indulged in the name of monitoring the courts.").

Accordingly, the Government's motion is GRANTED. The Clerk of Court is directed to terminate ECF No. 54.

SO ORDERED.

Dated: February 13, 2026
      New York, New York

                                                               JEANNETTE A. VARGAS
                                                              United States District Judge