UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STATE OF NEW JERSEY et al., :
:
                      Plaintiffs, :      26-CV-00939 (JAV)
:
      -v- :      <u>ORDER</u>
:
UNITED STATES DEPARTMENT OF :
TRANSPORTATION et al., :
:
                      Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

It is hereby ORDERED that a hearing will be held with respect to Plaintiff's motion for a preliminary injunction. ECF No. 11. Per the parties' correspondence with the Court, ECF No. 57 ("Joint Ltr."), Plaintiffs' motion for a preliminary injunction is hereby consolidated with adjudication on the merits pursuant to Rule 65(a)(2). Fed. R. Civ. P. 65(a)(2).

The hearing will take place on **Thursday, April 16, 2026**, at **11:00 a.m.**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendants shall submit their papers in support of their motion to dismiss and in opposition to Plaintiffs' motion for relief by **March 17, 2026**. Plaintiffs' papers in opposition to Defendants' motion to dismiss and in further support of its motion for relief is due by **March 31, 2026**. Defendants' reply in support of their motion to dismiss is due by **April 7, 2026**.

SO ORDERED.

Dated: March 2, 2026
       New York, New York                                    JEANNETTE A. VARGAS
                                                                 United States District Judge