**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 16, 2026

By ECF
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *New Jersey, et al. v. U.S. Dep't of Transportation, et al.*, No. 26 Civ. 939

Dear Judge Vargas:

     This Office represents the government in the above-referenced matter.  The government's brief in support of its motion to dismiss and in opposition to Plaintiffs' motion for a preliminary injunction is due on March 17.  We write respectfully, with Plaintiffs' consent, to request that the Court grant the government leave to file an oversized brief of up to 9,100 words instead of the default brief size of 8,750 words; that is, we seek leave to include up to an additional 350 words in the government's brief.  In the interests of judicial economy, the government is submitting one brief instead of two separate briefs each with its own word count.  The consolidation of these briefs requires additional space to sufficiently address the various issues presented.

     We thank the Court for its consideration of this request.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney for the
              Southern District of New York

By:    */s/  Chibogu Nneka Nzekwu*
              C. NNEKA NZEKWU
              TARA SCHWARTZ
              Assistant United States Attorney
              86 Chambers Street, Third Floor
              New York, New York 10007
              Telephone: (212) 637-2737
              Chibogu.nzekwu@usdoj.gov
              Tara.schwartz@usdoj.gov

cc: Counsel of Record (by ECF)