**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW JERSEY and STATE OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MARCUS J. MOLINARO, in his official capacity as Administrator of the Federal Transit Administration; BUILD AMERICA BUREAU; and DR. MORTEZA FARAJIAN, in his official capacity as Executive Director of the Build America Bureau, <br><br> Defendants. | No. 26 Civ. 939 (JAV) <br><br> NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Opposition to Plaintiffs' Motion for an Injunction and in Support of Defendants' Motion to Dismiss, the Declaration of Matthew Hawkins, dated February 6, 2026, and the exhibits attached thereto, and the Declaration of Tara Schwartz, dated March 17, 2026, and the exhibit attached thereto, defendants the United States Department of Transportation, Sean P. Duffy in his official capacity as Secretary of Transportation, the Federal Railroad Administration, David A. Fink, in his official capacity as Administrator of the Federal Railroad Administration, the Federal Transit Administration, Marcus J. Molinaro, in his official capacity as Administrator of the Federal Transit Administration, the Build America Bureau, and Dr. Morteza Farajian in his official capacity as Executive Director of the Build America Bureau, by their attorney, Jay Clayton, United States

Attorney for the Southern District of New York, hereby move this Court for an order pursuant to

Federal Rules of Civil Procedure 12(b)(1) dismissing the complaint.


Dated: March 17, 2026
       New York, New York

                                    Respectfully,

                                    JAY CLAYTON
                                    United States Attorney

                         By:    /s/ Tara Schwartz
                                    TARA SCHWARTZ
                                    C. NNEKA NZEKWU
                                    Assistant United States Attorney
                                    86 Chambers Street, Third Floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2633/2737
                                    Email: tara.schwartz@usdoj.gov
                                            chibogu.nzekwu@usdoj.gov

                                    *Counsel for Defendants*