**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW JERSEY and STATE OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MARCUS J. MOLINARO, in his official capacity as Administrator of the Federal Transit Administration; BUILD AMERICA BUREAU; and DR. MORTEZA FARAJIAN, in his official capacity as Executive Director of the Build America Bureau, <br><br> Defendants. | No. 26 Civ. 939 (JAV) |

## DECLARATION OF TARA SCHWARTZ

I, Tara Schwartz, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the office of Jay Clayton, United States Attorney for the Southern District of New York. I am assigned to represent defendants the United States Department of Transportation, Sean P. Duffy in his official capacity as Secretary of Transportation, the Federal Railroad Administration, David A. Fink, in his official capacity as Administrator of the Federal Railroad Administration, the Federal Transit Administration, Marcus J. Molinaro, in his official capacity as Administrator of the Federal Transit Administration, the Build America Bureau, and Dr. Morteza Farajian in his official capacity as Executive Director of the Build America Bureau (collectively, the "government") in this action, and I am fully familiar

1

with the facts and circumstances set forth herein.  I make this declaration in support of the government's motion to dismiss.

2.    A true and correct copy of an email exchange between myself, C. Nneka Nzekwu, another Assistant United States Attorney assigned to represent the government, and counsel for the plaintiff States New York and New Jersey, from Sunday, February 8, 2026, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 17, 2026
          New York, New York

_____
TARA SCHWARTZ
Assistant United States Attorney

2