| From: | Muqaddam, Rabia |
|---|---|
| To: | Schwartz, Tara (USANYS); Shankar Duraiswamy; Jeremy Feigenbaum; Nzekwu, Chibogu (USANYS) |
| Subject: | [EXTERNAL] RE: DOT Compliance? |
| Date: | Sunday, February 8, 2026 10:24:30 PM |

Hi Tara,

I appreciate you sharing the internal steps your client takes.  We are not going to the court tonight, but please update us tomorrow around 9:30?

Thanks,
Rabia

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Sunday, February 8, 2026 9:23 PM
**To:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>; Shankar Duraiswamy <shankar.duraiswamy@njoag.gov>; Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Subject:** RE: DOT Compliance?

Hi Rabia,

I just finished putting my children to sleep a few minutes ago. I don't see a voicemail.  Feel free to give me a call on my cell now.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

**From:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>
**Sent:** Sunday, February 8, 2026 9:21 PM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Shankar Duraiswamy <shankar.duraiswamy@njoag.gov>; Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Subject:** [EXTERNAL] RE: DOT Compliance?

Hi Tara,

We tried to reach you by phone. If you cannot even provide us with information on when your clients will comply with the TRO, we are considering going to the Court.

Thank you,
Rabia

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Sunday, February 8, 2026 7:44 PM
**To:** Shankar Duraiswamy <shankar.duraiswamy@njoag.gov>; Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>
**Subject:** RE: DOT Compliance?

Shankur –

The folks at the agency who handle the mechanics of payment remission are not the same as the folks working on a stay.  The stay motion is being handled by DOJ, not the DOT.  They are two separate workstreams.

The delay getting information from the DOT is not a result of the agency dragging its feet for purposes of seeking a stay but rather the natural delay resulting from the court order getting entered on a Friday evening, over which the government had no control. The agency is taking steps necessary to comply with the court's order.

Both my office and DOT counsel are working hard to get you the information about how and when the reimbursements requests will be processed.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Sunday, February 8, 2026 6:31 PM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Jeremy Feigenbaum

<Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Cc:** Muqaddam, Rabia <rabia.muqaddam@ag.ny.gov>
**Subject:** [EXTERNAL] RE: DOT Compliance?

Tara,

We are now approximately 48 hours since the Court's order, and active construction is scheduled to continue tomorrow morning. I am not sure where the breakdown is, but your emails have varyingly provided incomplete information (discussing the FTA funding but overlooking the sources with more immediate available funding) or simply represented a repeated lack of information that is undeniably within your clients' possession. I understand this is a weekend, but there has been a TRO since Friday night—based specifically on irreparable harm that will accrue to NJ and NY if active construction cannot proceed on Monday. And if your clients have been able to work with you for the purposes of appealing an order, I fail to understand why they have been unable to work with you for purposes of compliance with an order. I hope sincerely that your clients have not been dragging their feet on complying with this TRO for these 48 hours simply to allow DOJ more time to work on its appellate papers, but I truly do not understand why DOJ is still unable to confirm information in your clients' possession—even after we flagged, many hours ago, the very specific locations where this information exists.

We of course oppose entry of the administrative stay. Please let us know when you intend to file with the Second Circuit.

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Sunday, February 8, 2026 5:28 PM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Cc:** Muqaddam, Rabia <rabia.muqaddam@ag.ny.gov>
**Subject:** [EXTERNAL] RE: DOT Compliance?

Hi Shankar,

I've passed along the below to my client re where the reimbursement requests are located.  To effectuate the Court's order, they are lifting all suspensions in their electronic reimbursement systems and are proceeding to implementing payment in the ordinary course of business as though the September 30 suspension had not occurred.  At this time, I do not have more information about how long it takes to process the payments, but I am actively trying to get such information.  As you know, the court's order was issued late on Friday and getting this information requires consultation with various components of the agency.

Separately, the agency will also be seeking an administrative stay of the TRO in the Second Circuit.  Please let me know Plaintiffs' position.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Sunday, February 8, 2026 5:14 PM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Jeremy Feigenbaum
<Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Cc:** Muqaddam, Rabia <rabia.muqaddam@ag.ny.gov>
**Subject:** [EXTERNAL] Re: DOT Compliance?

Hi Tara,

I'm following up on this email and our call to see if you have connected with your client and
they are proceeding with the below steps.  Thanks.

**From:** Shankar Duraiswamy
**Sent:** Sunday, February 8, 2026 1:27:08 PM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Jeremy Feigenbaum
<Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Cc:** Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>
**Subject:** RE: DOT Compliance?

Hi Tara,

Following up on Jeremy's email below, below is our understanding of what needs to happen to
release the following requests that have been submitted but are outstanding—consistent with the
processes Defendants have long utilized for handling GDC reimbursement. As described below, your
clients have the capacity to get at least some money to GDC immediately, **and they are well aware
of the processes**.  If that does not happen, and the project needs to shutter temporarily, your clients
will be violating the Judge's Order, and we will take immediate action for any noncompliance.

**These are the amounts pending:**

GDC's pending disbursement requests with USDOT consist of the following:

1. FTA CIG Grant Draws: $66,542,105
2. FTA RAISE Grant Draws: $2,279,166
3. BAB RRIF Loan Draws: $30,207,203
4. FRA FSP Grant Draws:  $106,246,884
   **TOTAL              $205,275,358**

**RRIF Loans and FTA Funds**

**First, nothing needs to happen for the RRIF loan draws other than immediate wire transfer so that GDC can draw the money from ECHO.**

GDC's monthly submission of reimbursement requests for FTA CIG and RAISE Grants and BAB RRIF Loan draws are required to be submitted jointly to BAB and FTA Region 2 on or about the last business day of the month. This has already occurred for the above amounts.  Thus, the reimbursement of funds should be immediately initiated with a wire transfer from the U.S. Treasury of BAB RRIF Loan draws into a GDC bank account.  The wire transfer also signals to GDC that it may then access the FTA ECHO system to request the FTA CIG draw.  Funds from the ECHO request are received within 1-3 days.

It is essential that the BAB RRIF Loan wire transfer occur as soon as possible. If the money does not reach GDC by tomorrow, the project may shut down, and your clients will be violating the Judge's order.  **To reiterate, our understanding is that this can happen today.**

**FRA Funds**

Second, as to the FRA funds, GDC's requests have long been pending FRA's approval and release of funds.  **FRA simply needs to send an email to GDC indicating that it has completed its review of GDC's FSP requests**; that will enable GDC to access FRA's DELPHI system to seek the transfer of funds. **Again, our understanding is this email can be sent immediately**—and indeed, that it could have been sent right after the entry of the order.

The general process for this money is that GDC sends a completed SF-270 form together with the HTP Reimbursement Summary sheet to the FRA.  Upon FRA review of the submission, an email communication from FRA is sent to alert GDC that it may go into the DELPHI system to seek the FSP amount requested.  Again, if the money does not reach GDC by tomorrow, the project may shut down, and your clients will be violating the Judge's order.

Please let us know that your clients are immediately initiating the above steps in order to comply with the Court's Order.

If you need to reach me by phone to discuss, I'm at 908-507-2949 or 609-649-1019.

---

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Sunday, February 8, 2026 10:02 AM

**To:** Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Cc:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>
**Subject:** [EXTERNAL] RE: DOT Compliance?

Thanks so much Jeremy – we're still working to run down in which DOT system(s) any pending reimbursement requests are located.

And I promise to leave in my request to the reporter for the transcript.  The form I sent them authorizes them to charge my office for it, so unless I withdraw the request, the only thing that is left is for them to actually send it to me.

Tara Schwartz

Assistant United States Attorney

Southern District of New York

86 Chambers Street

New York, NY 10007

Office: (212) 637-2633

Cell: (646) 341-3711

---

**From:** Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>
**Sent:** Sunday, February 8, 2026 9:15 AM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>
**Cc:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>
**Subject:** [EXTERNAL] RE: DOT Compliance?

Appreciate the clarification, Tara! I will work on getting information here that I can pass along. Given the extenuating circumstances, I am attaching the transcript here—but please do continue ordering it from the court reporter (as you can tell, I am scarred from a prior experience where I did exactly this for opposing counsel and the court + reporter did not look too kindly on that). My discussion of the proposed order is at 19-22. The Federal Government's representations I was referring to are on page 26. Happy to discuss!

Jeremy

---

**From:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>
**Sent:** Sunday, February 8, 2026 8:50 AM
**To:** Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>

**Cc:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>
**Subject:** [EXTERNAL] RE: DOT Compliance?

Hi Jeremy,

We are working with the DOT to operationalize Judge Vargas's order. As we understand from the DOT, during the suspension, GDC did not submit any reimbursement requests to FTA for payment in their ECHO-Web systems (the TrAMS linked disbursement system). The FTA is planning to release the suspension in the ECHO system tomorrow morning, but given there are not pending requests in that system, it will only affect reimbursement requests going forward.

At present, we believe the GDC's past reimbursement requests to have been submitted to the Office of the Secretary of the DOT. We're working in real time to understand how their reimbursement request system works.

Part of the reason we asked you all for the transcript from the hearing was to understand exactly what was said on the record about the relief Plaintiffs are seeking. If you have any ability to send me at least the portion of the transcript where Jeremy, you spoke about the relief you are requesting, that would be helpful in our discussions with the client about what the order requires. I have in fact ordered the transcript from the court reporter (see attached) but I doubt they will get it to me on a Sunday.

Tara

Tara Schwartz
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Office: (212) 637-2633
Cell: (646) 341-3711

---

**From:** Jeremy Feigenbaum <Jeremy.Feigenbaum@njoag.gov>
**Sent:** Sunday, February 8, 2026 8:02 AM
**To:** Schwartz, Tara (USANYS) <Tara.Schwartz@usdoj.gov>; Nzekwu, Chibogu (USANYS) <Chibogu.Nzekwu@usdoj.gov>; Oestericher, Jeffrey (USANYS) <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Muqaddam, Rabia <Rabia.Muqaddam@ag.ny.gov>
**Subject:** [EXTERNAL] DOT Compliance?

All,

We recently learned that your clients have not yet released any of the frozen disbursements to GDC so that active construction can continue tomorrow. From your representations to the Court on Friday, we understood that the funding freeze announced on September 30 was the *only* basis for those disbursements not to be released. Given that representation, and given the Court's order that your clients are prohibited from continuing to implement that funding freeze until a PI hearing can be held, can you please confirm that your client will immediately ensure sufficient disbursements so that active construction can continue through the PI hearing and avoid the irreparable harm that the Court found NJ and NY will otherwise suffer Monday? We would prefer not to seek additional relief from Judge Vargas, but we'll obviously return to the Court later today as needed.

Thank you for your help in advance—much appreciated!

Jeremy

Jeremy M. Feigenbaum | Solicitor General
Desk: (609) 376-2690 | Cell: (609) 414-0197
Email: Jeremy.Feigenbaum@njoag.gov

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole

use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.