**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STATE OF NEW JERSEY and STATE OF NEW YORK, | |
| Plaintiffs, | Civil Action No. 26-cv-939 |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| Defendants. | |

**AFFIRMATION OF LAUREN E. VAN DRIESEN**

Lauren E. Van Driesen, an attorney duly admitted to practice before this Court, does hereby state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.     I am a Deputy Attorney General in the Office of the New Jersey Attorney General, Jennifer Davenport, who appears on behalf of the State of New Jersey in this action.

2.     I submit this affirmation in support of Plaintiffs' Response to Defendants' Motion to Dismiss and Reply in Support of Plaintiffs' Motion for Preliminary Injunction.

3.     Attached as Exhibit 1 to this affirmation is a true and correct declaration from Kris Kolluri, President and CEO of New Jersey Transit, executed on March 31, 2026.

Dated: March 31, 2026
    Newark, NJ

*/s/ Lauren E. Van Driesen*
Lauren E. Van Driesen
Deputy Attorney General