# EXHIBIT 1

## <u>SUPPLEMENTAL DECLARATION OF KRIS KOLLURI</u>

I, Kris Kolluri, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      On February 3, 2026, James Sincaglia, Senior Vice President and General Manager of Rail of New Jersey Transit ("NJ Transit"), executed a declaration in the above captioned-matter (the "February 3 Declaration"). This supplemental declaration addresses subsequent factual developments regarding the funding and status of the Hudson Tunnel Project.

2.      I am the President and CEO of NJ Transit. I am over the age of 18 and the information in the statements set forth below were compiled through personal knowledge, through NJ Transit personnel who have assisted in gathering this information, and on the basis of documents and other information that have been provided to NJ Transit personnel, including from other partners in the Gateway Project. If called as a witness, I could and would testify competently to the matters set forth below.

3.      As President and CEO of NJ Transit, I oversee the operation of 263 bus routes, three light rail lines, twelve commuter rail lines, and our paratransit service, which together provide nearly one million weekday trips. I also oversee the planning and execution of all capital projects across NJ Transit's modalities, from individual bus and rail car acquisitions to multi-billion-dollar bridge constructions; and supervise all NJ Transit teams who have direct control over administration of funds from the United States federal government, as well as the teams who administer subgrants of federal funds from NJ Transit to localities.

4.      I have served as President and CEO of NJ Transit since January 16, 2025, and have cumulatively served the State of New Jersey for over a decade. Between 2022 and 2024, I served as CEO of the Gateway Development Commission ("GDC"), during which time I helped secure

1

and administer the largest ever individual federal investment in public transit. I have also served as Commissioner of the New Jersey Department of Transportation ("NJDOT"), Chief of Staff of NJDOT, CEO of the New Jersey Schools Development Authority and CEO of the Rowan University – Rutgers Camden Board of Governors.

5.    Over the course of my career, across a diverse range of public agencies, I have overseen the administration of hundreds of grants that New Jersey has received from a variety of federal agencies, including the United States Department of Transportation ("USDOT").

6.    Beginning at the end of the day on February 6, 2026, GDC proceeded to institute the pause on active project work that was described at paragraphs 58 to 61 of the February 3 Declaration.

7.    Between February 13, 2026 and February 18, 2026, DOT paid the $205,275,358 in outstanding reimbursement requests that GDC had submitted under the HTP Grant and Loan agreements between August 2025 and December 2025 and that DOT had previously withheld pursuant to its September 30, 2025 decision to suspend disbursements.

8.    On February 19, 2026, GDC notified contractors that the suspension of active work on the Project that had been instituted on February 6 was lifted. Work on the Project re-commenced on February 23. However, due to some of the labor force and subcontractors moving to other projects in addition to the time required to restart some construction activities, it has taken considerable time to re-mobilize construction crews and fully restore active construction status. Not until March 9, 2026, did the majority of the construction efforts fully catch up to where they were at the time GDC notified contractors that they would have to suspend work beginning on February 6.

9.    Since it instituted the suspension of active work on February 6, GDC has received a series of Relief Event Notices from contractors identifying costs and damages that the contractors have incurred, and are seeking to recover from GDC, as a result of the work suspension.  GDC's construction

contractors have been submitting notices under their contracts claiming additional time and increased costs due to the suspension while reserving their right to assert additional claims, and other contractors have not yet submitted claims but have reserved their right to assert claims after the impact of the suspension is fully assessed.  GDC is also continuing to assess the impact of the funding pause and suspension of the project as it affects the entire project schedule.

10.    In light of the February work suspension and continued uncertainty regarding DOT's willingness to honor its obligations under the HTP Grant and Loan Agreements, GDC has been delaying the award of contracts for the P1C Hudson River Tunnel project and the P3 NJ Surface Alignment project.

11.    On January 30, 2026, GDC timely submitted a reimbursement request to DOT under the HTP Grant and Loan Agreements in the total amount of $49,778,756.  These amounts were paid by DOT between March 2 and March 4, 2026.

12.    On February 27, 2026, GDC timely submitted a reimbursement request to DOT under the HTP Grant and Loan Agreements in the total amount of $77,373,873.15.  These amounts are due to be paid by DOT under the applicable agreements by April 1, 2026.

13.    On March 30, 2026, GDC timely submitted a reimbursement request to DOT under the HTP Grant and Loan Agreements in the total amount of $68,528,719.83.  These amounts are due to be paid by DOT under the applicable agreements by May 1, 2026.

14.    As a result of the payments received from DOT in February and March 2026, GDC now has approximately $386.3 million on hand, with an additional $77.4 million expected to be remitted by DOT in early April.  Based on anticipated Project costs over the upcoming months, GDC projects that if DOT's decision to suspend disbursements is reinstituted before the end of April, GDC's available resources will be depleted by approximately the end of June 2026.  At some point prior to that date, GDC would have to cease active Project work and transition into funding the suspension

3

activities described at paragraphs 58 to 61 of the February 3 Declaration, including site security and supervision and maintenance of construction equipment. GDC would lack sufficient funds to undertake those suspension activities for more than approximately 8 to 10 weeks before it would require funding support from New Jersey and New York.

15.     Given the context of the February work suspension, any further suspension of work on the Project creates an especially significant risk of the kinds of compounding delays to the overall Project timeline described at paragraphs 63 to 68 in the February 3 Declaration. There is a significant risk that repeated interruptions of work due to unreliable funding streams will cause bidders on new procurement contracts to withdraw and cause contractors on existing projects to remove equipment and supervisory staff. In addition, it will be especially difficult to re-mobilize workers, many of whom would likely seek more reliable work elsewhere rather than continue on the Project, given the repeated interruptions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of March, 2026, in Newark, New Jersey.

Kris Kolluri
President and CEO
New Jersey Transit

4