UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

STATE OF NEW JERSEY, et al.,            :

                            :

                Plaintiffs,        :           26-CV-00939 (JAV)

                            :

        -v-                    :              ORDER

                            :

UNITED STATES DEPARTMENT OF    :
TRANSPORTATION et al.,         :

                            :

                Defendants.     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

The Court requires supplemental briefing from the parties with respect to certain of the jurisdictional issues that have been raised by the pending motions in this matter.

By Wednesday, May 6, 2026, Plaintiffs shall submit a letter brief of no more than four (4) pages, single spaced, addressing the following questions:

(1) With respect to the RRIF loans, is it Plaintiffs' position that the suspension of those loans violates 2 C.F.R. § 200.339 and 2 C.F.R. § 200.342, which appear to be limited to grants? If so, Plaintiffs should set forth the manner in which the September 30 Suspension of the loans is in violation of the stated regulations.

(2) If the answer to the prior question is no, what is the source of rights for Plaintiffs' claims relating to the suspension of the RRIF loans?

(3) If Plaintiffs' only source of rights with respect to the prior question is the APA itself, to what extent can the APA itself provide the requisite source of rights under the *Megapulse* test?

2

Defendants may file a responsive letter brief of no more than four (4) pages, single spaced, by Wednesday, May 13, 2026.

SO ORDERED.

Dated:  April 29, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge