UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW JERSEY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, ET AL., <br><br> Defendants. | 26 CIVIL 00939 (JAV) <br><br> **JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated June 29, 2026, the Court grants judgment to Plaintiffs with respect to Count I of their Complaint as it pertains to the GDC Grants. The Court declares that the September 30 Suspension was contrary to law insofar as it suspended disbursements under the GDC Grants in violation of the Uniform Grant Guidance. The Court orders that the September 30 Suspension be vacated and set aside. Defendants are enjoined from relying upon the September 30 Suspension prospectively with respect to the GDC Grants. The Court otherwise dismisses the claims against Defendants for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:**    New York, New York
June 30, 2026

TAMMI M. HELLWIG
**Clerk of Court**

BY:

**Deputy Clerk**