UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW JERSEY and STATE OF NEW YORK,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, in his official capacity as Secretary of Transportation; FEDERAL RAILROAD ADMINISTRATION; DAVID FINK, in his official capacity as Administrator of the Federal Railroad Administration; FEDERAL TRANSIT ADMINISTRATION; MARCUS J. MOLINARO, in his official capacity as Administrator of the Federal Transit Administration; BUILD AMERICA BUREAU; and DR. MORTEZA FARAJIAN, in his official capacity as Executive Director of the Build America Bureau,

Defendants.

26 Civ. 939 (JAV)

**NOTICE OF APPEAL**

All defendants appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on June 30, 2026.

Dated: New York, New York
August 28, 2026

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: /s/ CHIBOGU NNEKA NZEKWU
C. Nneka Nzekwu
Tara Schwartz
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2737/2633
E-mail: chibogu.nzekwu@usdoj.gov
tara.schwartz@usdoj.gov